AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JACOB ANTHONY CHANSLEY<br>*Defendant* | )<br>)<br>) Case No. 1:21-cr-00003-RCL-1<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jacob Anthony Chansley

Date: 02/02/2021

*Attorney's signature*

Albert S. Watkins, DC#399625
*Printed name and bar number*

Kodner Watkins, LC
7733 Forsyth Boulevard, Suite 600
Clayton, Missouri 63105

*Address*

albertswatkins@kwklaw.net
*E-mail address*

(314) 727-9111
*Telephone number*

(314) 727-9110
*FAX number*