PS 3800.3
Attachment 1

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
## CORRECTIONAL TREATMENT FACILITY

### INMATE REQUEST SLIPS

DATE 27-JAN-21

NAME JACOB CHANSLEY   DCDC 376365   UNIT _____   CELL 6

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF

( ) RECORDS OFFICE                          ( ) CASE MANAGER
(✓) CHAPLAINS OFFICE                        ( ) INMATE CLOTHING
( ) FINANCIAL ACCOUNT BALANCE               ( ) LEGAL CALL
( ) INMATE PROPERTY                         ( ) NOTARY
( ) FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)   ( ) OTHER

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW

THIS REQUEST IS FOR ORGANIC FOOD — I HAVE EATEN ONLY ORGANIC FOOD FOR THE PAST 8 YEARS BECAUSE OF MY BEING A SHAMANIC PRACTITIONER. I ONLY EAT TRADITIONAL FOOD THAT HAS BEEN MADE BY GOD. THIS MEANS NO GMO'S — HERBICIDES — PESTICIDES OR ARTIFICIAL PRESERVATIVES OR ARTIFICAL COLORS. I HAVE NOT EATEN ANYTHING SINCE MONDAY MORNING @ APPROX. 8:15 AM. BEING W/O FOOD IS STRESSFUL DUE TO THE WAY IT AFFECTS MY SEROTONIN LEVELS. AS A SPIRITUAL MAN I DON'T MIND FASTING FOR A FEW DAYS, BUT 5 DAYS IS THE LONGEST I HAVE EVER GONE W/O FOOD / FASTED FOR — I AM HUMBLY REQUESTING A FEW CANNED ORGANIC VEGETABLES — CANNED TUNA (WILD CAUGHT) — OR ORGANIC CANNED SOUPS — IF I HAVE TO GO A WEEK W/O FOOD OR LONGER THEN SO BE IT. I WILL STAY COMMITTED TO MY SPIRITUAL/RELIGIOUS BELIEFS EVEN IF IT MEANS I SUFFER PHYSICALLY. I WILL CONTINUE TO PRAY THRU THE PAIN AND DO MY BEST NOT TO COMPLAIN. I SIMPLY ASK THAT YOU UNDERSTAND THAT THE PHYSICAL EFFECTS OF NOT EATING ORGANIC ARE HARMFUL TO MY BODY & BIO-CHEMISTRY. → OVER

### OFFICIAL/CASE MANAGER COMMENTS

Your request for organic food has been denied for these reason:
Upon entering the DC DOC institution, you have not identified your faith/belief.
Religious Services was unable to find any religious merit pertaining to organic food or diet under Shamanism Practitioner

DATE: 02/01/2021 _____   STAFF SIGNATURE: _____

PS 3800.3
Attachment 1

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

INMATE REQUEST SLIPS

DATE 27-JAN-21

NAME JACOB CHANSLEY   DCDC 376565 UNIT _____ CELL 6

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF

( ) RECORDS OFFICE                         ( ) CASE MANAGER
(✓) CHAPLAINS OFFICE                       ( ) INMATE CLOTHING
( ) FINANCIAL ACCOUNT BALANCE              ( ) LEGAL CALL
( ) INMATE PROPERTY                        ( ) NOTARY
( ) FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)   ( ) OTHER

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW

THIS REQUEST IS FOR ORGANIC FOOD - I HAVE EATEN ONLY ORGANIC FOOD FOR THE PAST 8 YEARS BECAUSE OF MY BEING A SHAMANIC PRACTITIONER. I ONLY EAT TRADITIONAL FOOD THAT HAS BEEN MADE BY GOD. THIS MEANS NO GMO's - HERBICIDES - PESTICIDES OR ARTIFICIAL PRESERVATIVES OR ARTIFICIAL COLORS. I HAVE NOT EATEN ANYTHING SINCE MONDAY MORNING @ APPROX. 8:15 AM. BEING W/O FOOD IS STRESSFUL DUE TO THE WAY IT AFFECTS MY SEROTONIN LEVELS. AS A SPIRITUAL MAN I DON'T MIND FASTING FOR A FEW DAYS, BUT 5 DAYS IS THE LONGEST I HAVE EVER GONE W/O FOOD/FASTED FOR - I AM HUMBLY REQUESTING A FEW CANNED ORGANIC VEGETABLES - CANNED TUNA (WILD CAUGHT) - OR ORGANIC CANNED SOUPS - IF I HAVE TO GO A WEEK W/O FOOD OR LONGER THEN SO BE IT. I WILL STAY COMMITTED TO MY SPIRITUAL/RELIGIOUS BELIEFS EVEN IF IT MEANS I SUFFER PHYSICALLY. I WILL CONTINUE TO PRAY THRU THE PAIN AND DO MY BEST NOT TO COMPLAIN. I SIMPLY ASK THAT YOU UNDERSTAND THAT THE PHYSICAL EFFECTS OF NOT EATING ORGANIC ARE HARMFUL TO MY BODY & BIO-CHEMISTRY. → OVER

OFFICIAL/CASE MANAGER COMMENTS
Your request for organic food has been denied for these reason:
Upon entering the DC DOC institution, you have not identified your faith/belief.
Religious Services was unable to find any religious merit pertaining to organic food or diets
under Shamanism Practitioner.

DATE: 02/012/2021         STAFF SIGNATURE: Chaplain Jimmy Ale

I HAVE STRAYED FROM MY SPIRITUAL DIET ONLY A FEW TIMES OVER THE LAST 8 YEARS WITH DETRIMENTAL PHYSICAL EFFECTS. AS A SPIRITUAL MAN I AM WILLING TO SUFFER FOR MY BELIEFS, HOLD TO MY CONVICTIONS, AND ~~BARE~~ THE WEIGHT OF THEIR CONSEQUENCES. I SIMPLY ASK THAT AN EXCEPTIONS PLZ BE MADE ~~FIRST~~ FOR MY SPECIAL CIRCUMSTANCES. THE LAST FACILITY I WAS @ IN ARIZONA MADE SUCH AN EXCEPTION FOR THE SHORT DURATION OF MY VISIT THERE. I KINDLY & HUMBLY ASK THAT A BRIEF EXCEPTION BE MADE IN THIS LOCATION AS WELL. PLEASE CHAPLIN AS A MAN OF GOD I ASK THAT YOU PLEASE TRY TO UNDERSTAND MY CONVICTIONS AND PLEAD MY CASE TO THE NECESSARY PARTIES. ~~WHO MAY BE ABLE TO~~ THANK YOU...

RESPECTFULLY,

JAKE