AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jacob Anthony Chansley

*Defendant*

Case: 1:21-MJ-00018
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ ARREST WARR

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacob Anthony Chansley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(A) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/08/2021

G. Michael Harvey
2021.01.08 16:21:51
-05'00'
*Issuing officer's signature*

City and state:   Washington, DC            G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-8-21, and the person was arrested on *(date)* 1-9-21
at *(city and state)* PHOENIX, ARIZONA.

Date: 2-12-21

*Arresting officer's signature*

JONATHAN ALBERTA, TASK FORCE OFFICER
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Columbia

21-5000MJ

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-MJ-00018 |
| Jacob Anthony Chansley | ) Assigned to: Judge G. Michael Harvey |
| | ) Assigned Date: 1/8/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jacob Anthony Chansley                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(A) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/08/2021

G. Michael Harvey
2021.01.08 16:21:51
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC                   G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacob Anthony Chansley | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(A) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent James Soltes U.S. Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/08/2021

G. Michael Harvey
2021.01.08 16:26:27 -05'00'
*Judge's signature*

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

Case: 1:21-MJ-00018
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, James Soltes, was on duty and performing my official duties as a Special Agent with the United States Capitol Police. Specifically, I am assigned to the Criminal Investigations Section, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent with the United States Capitol Police, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

Media coverage of these events showed one of the rioters who entered the Capitol building dressed in horns, a bearskin headdress, red, white and blue face paint, shirtless, and tan pants. This individual carried a spear, approximately 6 feet in length, with an American flag tied just below the blade. The screenshots below of photographs posted on Twitter show this individual in the halls of Congress and standing on the dais inside the Senate chamber.





Several media outlets subsequently identified this individual as Jacob Anthony CHANSLEY, a.k.a. Jake Angeli. Your affiant has confirmed this identification of CHANSLEY. First, the photographs of CHANSLEY in the U.S. Capitol display unique attire and extensive tattoos covering his arms and the left side of his torso. Your affiant has viewed pictures posted to the Facebook account for Jake Angeli on December 13, 2020, in which CHANSLEY bears these same distinctive attire and tattoos. In addition, CHANSLEY has a YouTube channel under the name Jacob Chansley, on which a video posted of CHANSLEY from 2019 shows CHANSLEY with sleeve tattoos on the lower half of his arms consistent with the sleeve tattoos CHANSLEY displays in photographs taken in the Capitol on January 6, 2021. Finally, CHANSLEY has also been identified by law enforcement through open source data bases, including his Arizona DMV driver's license photo, as the person depicted inside the Capitol and on the Senate dais on January 6, 2021.

In addition, on January 7, 2021, CHANSLEY called in to the Washington Field Office of the FBI, to voluntarily speak with law enforcement. Your affiant and an FBI agent spoke on the phone with CHANSLEY, who confirmed that he was the male in the face paint and headdress in the Vice President's chair in the Senate. CHANSLEY stated that he came as a part of a group effort, with other "patriots" from Arizona, at the request of the President that all "patriots" come to D.C. on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that CHANSLEY violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

     Your affiant submits there is also probable cause to believe that CHANSLEY violated 40 U.S.C. § 5104(e)(2)(A) and (G), which makes it a crime to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
SPECIAL AGENT JAMES SOLTES
UNITED STATES CAPITOL POLICE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of January 2021.

_____
G. Michael Harvey
2021.01.08 16:23:14
-05'00'
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 1/11/2021         CASE NUMBER: 21-5000MJ

USA vs.   Jacob Anthony Chansley

U.S. MAGISTRATE JUDGE:   DEBORAH M. FINE

Assistant U.S. Attorney: Kristen Brooks                    INTERPRETER     N/A
                                                            LANGUAGE     N/A

Attorney for Defendant:   AFPD Gerald Williams (for proceedings held in the District of Arizona only)

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY **via audio-teleconference**

Date of Arrest: 1/8/2021

☒ Initial Appearance in Rule 5 Proceedings held
☒ Defendant sworn as to Financial Status
☒ Appointment of Counsel Hearing held
☒ Defendant states his true name to be **Jacob Anthony Angeli Chansley**. Further proceedings ordered in defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| Set for:  **1/15/2021 at 2:30 pm**<br>Before:  **Magistrate Judge Deborah M Fine in Courtroom 304**. | ☒ Waived.<br>☒ The Court finds identity has been established. |
| | **PRELIMINARY HEARING:** |
| ☒ Defendant temporarily detained pending further proceedings in this district. | ☒ Reserved for the prosecuting district. |

The Court finds that the Defendant consents to proceed with this hearing by audio-teleconference after consultation with counsel. The case is ordered unsealed upon motion of the government.  As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Defense counsel is to contact United States Marshals regarding defendant's dietary concerns.

                                                            Recorded by Courtsmart
                                                            BY: Michelle Sanders
                                                            Deputy Clerk

IA: 11 min

ID: 1 min.
1:24 pm to 1:36 pm

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America
v.

Jacob Anthony Angeli Chansley

**ORDER OF DETENTION PENDING TRIAL**

Case Number: MJ-21-05000-PHX-DMF

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts are established: *(Check one or both, as applicable.)*

☒ by clear and convincing evidence the defendant is a danger to the community and require the detention of the defendant pending trial in this case.

☒ by a preponderance of the evidence the defendant is a flight risk and require the detention of the defendant pending trial in this case.

## PART I -- FINDINGS OF FACT

☐     (1)    There is probable cause to believe that the defendant has committed
         ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §§ 801 et seq., 951 et seq, or 46 U.S.C. App. § 1901 et seq.
         ☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332(b).
         ☐ an offense listed in 18 U.S.C. § 2332b(g)(5)(B) (Federal crimes of terrorism) for which a maximum term of imprisonment of ten years or more is prescribed.
         ☐ an offense involving a minor victim prescribed in .[1]

☐     (2)    The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☒     (1)    There is a serious risk that the defendant will flee; no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

☒     (2)    No condition or combination of conditions will reasonably assure the safety of others and the community.

☒     (3)    There is a serious risk that the defendant will obstruct or attempt to obstruct justice; or threaten, injure, or intimidate a prospective witness or juror.

---

[1] Insert as applicable: Title 18, § 1201 (kidnapping), § 1591 (sex trafficking), § 2241 (aggravated sexual abuse), § 2242 (sexual abuse), §2244(a)(1) (abusive sexual contact), § 2245 (offenses resulting in death), § 2251 (sexual exploitation of children), § 2251A (selling or buying of children), § 2252 et seq. (certain activities relating to material involving sexual exploitation of minors), § 2252A et seq. (certain activities relating to material constituting or containing child pornography), § 2260 (production of sexually explicit depictions of minors for importation into the U.S.), § 2421 (transportation for prostitution or a criminal sexual activity offense), § 2422 (coercion or enticement for a criminal sexual activity), § 2423 (transportation of minors with intent to engage in criminal sexual activity), § 2425 (use of interstate facilities to transmit information about a minor).

## PART II -- WRITTEN STATEMENT OF REASONS FOR DETENTION
*(Check one or both, as applicable.)*

☒ (1) I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence as to danger that:

<u>As stated on the record in open court, the Defendant is detained as a danger based on Defendant's actions and statements as alleged and proffered by the Government. Mr. Chansley's actions and words demonstrate that he is willing to participate in violent disruption of the work of the United States government. His actions and words also shown that he is willing to participate in acts that put our elected officials as well as law enforcement officers and civilians in direct danger. Despite Mr. Chansley's voluntary communications with federal investigators, the evidence before the Court confirm Mr. Chansley's motivations and capabilities to participate in similar unlawful acts while on pretrial release. Mr. Chansley broke through barricades, unlawfully entered the Capitol Building, disobeyed police orders to leave, refused a police request to quell the crowd using his bullhorn, and instead ran up onto the dais where Vice President Pence had been presiding just minutes before and scrawled a threatening note. Mr. Chansley's willingness to very publicly attempt to obstruct the official duties of the United States Congress certifying the vote count of the Electoral College makes clear his disregard for the importance of following orders during official proceedings such as the D.C. District Court case now charging him with serious crimes. Further, on Twitter in late November 2020, Mr. Chansley has previously promoted identifying and then hanging those he believes to be traitors within the United States government. Mr. Chansley has expressed clear intent to return to Washington DC for President Elect Biden's inauguration and has the means to do so. See also Number 5, below, incorporated by reference.</u>

☒ (2) I find by a preponderance of the evidence as to risk of flight that:

☐ The defendant has no significant contacts in the District of Arizona.

☒ The defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.

☐ The defendant has a prior criminal history.

☐ There is a record of prior failure to appear in court as ordered.

☐ The defendant attempted to evade law enforcement contact by fleeing from law enforcement.

☒ The defendant has a history of substance abuse.

☐　　The defendant has ties to a foreign country.

☐　　The defendant has used aliases or multiple dates of birth or false identifying information.

☐　　The defendant was on probation, parole, or supervised release at the time of the alleged offense.

☐　　The defendant is facing a minimum mandatory of incarceration and a maximum of <u>over 25 years in prison</u>.

☐　　The Court incorporates by reference the findings in the Pretrial Services Report which were reviewed by the Court at the time of the hearing in this matter.

☒　　In addition:

<u>As stated on the record in open court, the evidence is that Mr. Chansley's actions were contrary to the rule of law and were intentionally so. Based on the Defendant's actions and statements as alleged and proffered by the Government, the Court has no confidence that the Defendant will follow any release conditions set by the Court, particularly when Mr. Chansley disagrees with the condition. Further, Mr. Chansley was in the first group of insurrectionists who entered the Capitol building. Mr. Chansley wore horns, a furry coyote tail headdress, red, white and blue face paint, and tan pants. He was shirtless and carried a bullhorn and a six-foot-long spear with an American flag tied just below the blade. The Government points out that this costume is how Mr. Chansley is known and that Mr. Chansley's appearance in the costume is has made him notorious, but that without such face paint and costume, he is not widely known. Without this costume, Mr. Chansley has the benefit of anonymity, which would help him try to flee from prosecution. See also Number 5, below, incorporated by reference.</u>

☒　　(3)　The defendant does not dispute the information contained in the Pretrial Services Report, except:

☒　　(4)　The weight of the evidence against the defendant is great.

☒　　(5)　In addition:

<u>Mr. Chansley's actions disrupted democratic processes and the work of United States elected officials. Indeed, Mr. Chansley intended that his actions disrupt the workings of the United States Government. Mr. Chansley intended that his actions stop process for peaceful transition of power. Mr. Chansley's actions at our nation's capitol were not only frightening to those at the capitol, but to people across the United States of America. The evidence is that Mr. Chansley's actions were contrary to the rule of law and were intentionally so. While Mr. Chansley's income is limited and sporadic – indeed he has no regular employment and owns no real property- if Mr. Chansley were released, he would be able to garner the support, financial and otherwise, of likeminded persons to Mr. Chansley. Mr. Chansley has the means to flee, to obstruct justice, and to carry out his violent threats. His statements and actions demonstrate that there is a serious risk that the Defendant will attempt to or obstruct justice if released. There are no conditions the Court can set that would reasonably assure the safety of the community, reasonably assure his appearance at further court proceedings, and/or reasonably assure that Mr. Chansley did not attempt to or obstruct justice. The</u>

<u>Defendant could at any time cut off a GPS monitor. The Court has considered possible release conditions, including GPS monitoring, in making these findings.</u>

☐         (6)    The defendant has submitted the issue of detention to the Court based upon the Pretrial Services Report.

## PART III -- DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

## PART IV -- APPEALS AND THIRD PARTY RELEASE

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Judge. Pursuant to Rule 59, FED.R.CRIM.P., Defendant shall have fourteen (14) days from the date of service of a copy of this order or after the oral order is stated on the record within which to file specific written objections with the District Court. Failure to timely file objections may waive the right to review. *See* Rule 59, FED.R.CRIM.P.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Judge to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

    Dated this 19th day of January, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America | Case Number: 21-05000MJ-001-PHX-DMF |
|---|---|
| v. | Charging District's Case No. |
| Jacob Anthony Angeli Chansley | 1:21:CR-00003-RCL |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the United States District Court, District of Columbia. The defendant may need an interpreter for this language: N/A.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   1/15/2021

Deborah M. Fine
United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-05000-DMF All Defendants

Case title: USA v. Chansley
Other court case number: 1:21-MJ-00018 District of Columbia

Date Filed: 01/08/2021
Date Terminated: 01/19/2021

Assigned to: Magistrate Judge Deborah M Fine

### Defendant (1)

**Jacob Anthony Angeli Chansley**
24866-509
*TERMINATED: 01/19/2021*
also known as
Jacob Anthony Chansley
*TERMINATED: 01/19/2021*

represented by **Gerald A Williams**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: Gerald_Williams@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 40:5104(e)(2)(A) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds | |

### Plaintiff

| | | | |
|---|---|---|---|
| USA | | represented by | **Dimitra Hotis Sampson**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7350<br>Email: dimitra.sampson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Kristen Brook**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7503<br>Fax: 602-514-7537<br>Email: kristen.brook@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Todd M Allison**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Email: todd.allison@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|
| 01/08/2021 | 1 | *Arrest (Rule 5 from District of Columbia) of Jacob Anthony Chansley. (SLQ) *Modified to regenerate NEF on 1/12/2021 (SCH). (Entered: 01/11/2021) |
| 01/11/2021 | 2 | *MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Initial Appearance in Rule 5(c)(3) Proceedings as to Jacob Anthony Chansley held on 1/11/2021. Appointment of counsel hearing held. Appearance entered by Gerald A Williams for Jacob Anthony Chansley on behalf of defendant (for proceedings in District of Arizona only). Defendant sworn as to financial status. Defendant states his true name to be Jacob Anthony Angeli Chansley. Further proceedings ordered in defendant's true name. Identity Hearing as to Jacob Anthony Chansley waived on 1/11/2021. The court finds identity has been established. Detention Hearing set for 1/15/2021 at 02:30 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. Defendant temporarily detained pending further proceedings in this district. Preliminary Hearing reserved for prosecuting district. The case is ordered unsealed upon motion of the government. (See document for further details). (Recorded by COURTSMART.) Hearing held 1:24 PM to 1:36 PM.(LAD) *Modified to add text on 1/11/2021 (LAD). Modified to regenerate NEF on 1/12/2021 (SCH). (Entered: 01/11/2021) |

| | | |
|---|---|---|
| 01/12/2021 | 4 | *ORDER as to Jacob Anthony Angeli Chansley Re Defendant's Restrictive Diet. ORDERED that the Court takes no additional action at this time. Signed by Magistrate Judge Deborah M Fine on 1/12/21. (cc: USMS) (MAP) *Modified to regenerate NEF on 1/12/2021 (SCH). (Entered: 01/12/2021) |
| 01/14/2021 | 5 | MEMORANDUM by USA as to Jacob Anthony Angeli Chansley *in Support of Detention*. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B)(Brook, Kristen) (Entered: 01/14/2021) |
| 01/15/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Todd M. Allison appearing for USA . (Allison, Todd) (Entered: 01/15/2021) |
| 01/15/2021 | 9 | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Detention Hearing as to Jacob Anthony Angeli Chansley held on 1/15/2021. The Court finds that the Defendant consents to proceed with this hearing by video-teleconference (VTC) after consultation with counsel. Counsel proceed by way of proffer. Upon motion of the Government, IT IS ORDERED striking the portion of the Government's Brief in Support of Detention (Doc. 5 ) at page 15, 1st sentence of lines 17-19. Argument is presented. Defendant ordered detained pending further proceedings as a serious flight risk, a serious risk of obstructing justice, and danger to the community. Defendant ordered remanded to United States Marshal Service for transport, in custody, to the charging district for further proceedings regarding the Indictment.<br><br>**Appearances**: AUSA Todd Allison, Kristen Brook and Dimitra Sampson for the Government. AFPD Gerald Williams for defendant. Defendant is present via VTC and in custody. (Recorded by COURTSMART.) Hearing held 2:35 PM and 3:35 PM to 3:18 PM and 4:03 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MSA) (Entered: 01/15/2021) |
| 01/19/2021 | 10 | ORDER OF DETENTION as to Jacob Anthony Angeli Chansley. Signed by Magistrate Judge Deborah M Fine on 1/19/2021. (CIS) (Entered: 01/19/2021) |
| 01/19/2021 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Jacob Anthony Angeli Chansley. Defendant committed to the District of Columbia - Washington DC. Signed by Magistrate Judge Deborah M Fine on 1/15/2021. (CIS) (Entered: 01/19/2021) |
| 01/19/2021 | 12 | Notice to District of Columbia (Washington DC) of a Rule 5 or Rule 32 Initial Appearance as to Jacob Anthony Angeli Chansley. Your case number is: 1:21-cr-00003-RCL-1. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (CIS) (Entered: 01/19/2021) |
| 02/03/2021 | 13 | JUDICIAL TRANSCRIPT REQUEST by Royce C. Lamberth, Senior District Judge (USDC, District of District of Columbia) as to Jacob Anthony Angeli Chansley for proceedings held on 01/15/2021, Magistrate Judge Deborah M Fine hearing judge(s). (RAP) (Entered: 02/03/2021) |
| 02/09/2021 | 14 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *DETENTION HEARING* proceedings as to Jacob Anthony Angeli Chansley held on 01/15/2021, before Magistrate Judge DEBORAH M. FINE. [Transcriber: Candy L. Potter, Telephone number (602) 322-7246]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | |
|---|---|
| | PACER. Redaction Request due 3/2/2021. Redacted Transcript Deadline set for 3/12/2021. Release of Transcript Restriction set for 5/10/2021. (RAP) (Entered: 02/11/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/16/2021 11:20:01 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-05000-DMF |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**