IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| )` | |
| v. ) | Case No. 21-cr-00003 (RCL) |
| ) | |
| JACOB ANTHONY CHANSLEY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF HEARING

COMES NOW Defendant, by and through his undersigned counsel, and hereby gives notice that he will call up his Motion Of Defendant, Jacob Anthony Chansley, For Pretrial Release for hearing on March 5, 2021 at 10:00 AM.

Respectfully Submitted,

KODNER WATKINS, LC


By: ___/s/ Albert S. Watkins_____
ALBERT S. WATKINS, LC DC#399625
7733 Forsyth Boulevard, Suite 600
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net

### CERTIFICATE OF SERVICE

Signature above is also certification that on February 24th, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.

1