**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-cr-3 (RCL) |
| **JACOB ANTHONY CHANSLEY,** | |
| *Defendant.* | |

### ORDER

On February 23, 2021, defendant Jacob Anthony Chansley moved for pre-trial release. ECF No. 12. Defendant further notified the Court that he plans to raise this motion at the status conference set in this matter for Friday, March 5, 2021 at 10:00 A.M. ECF No. 13. The Court hereby directs the government to respond to defendant's motion by Monday, March 1, 2021. Any reply shall be filed by Thursday, March 4, 2021 at 2:00 P.M. The Court will hold a hearing on defendant's motion for pre-trial release at the status conference on Friday, March 5, 2021 at 10:00 A.M.

It is **SO ORDERED**.

Date: February 24, 2021

Hon. Royce C. Lamberth
United States District Judge

1