UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JACOB ANTHONY CHANSLEY,**<br><br>*Defendant.* | Case No. 21-cr-3 (RCL) |

## ORDER

As discussed at today's hearing on defendant's motion [12] to revoke the magistrate judge's order of detention, the Clerk of Court is hereby **DIRECTED** to file the attached document on the docket for this case. The attachment is an email from Sheriff Dana Lawhorne to the acting U.S. Marshal Lamont Ruffin dated March 4, 2021. Sheriff Lawhorne's email forwards another email from the Alexandria Sheriff's Office to defense counsel's law firm dated February 10, 2021 setting forth the U.S. Marshal's policy regarding media interview requests.

It is **SO ORDERED**.

Date: March  5 , 2021

Hon. Royce C. Lamberth
United States District Judge

1