IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| )` | |
| v. ) | Case No. 21-cr-00003 (RCL) |
| ) | |
| JACOB ANTHONY CHANSLEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT TO GOVERNMENT'S MOTION
FOR PROTECTIVE ORDER**

COMES NOW Defendant, Jacob Anthony Chansley, by and through his undersigned counsel, and hereby gives notice of his consent to the Government's Motion for a Protective Order.

Respectfully Submitted,

KODNER WATKINS, LC


By: ___/s/ Albert S. Watkins_____
ALBERT S. WATKINS, LC DC#399625
7733 Forsyth Boulevard, Suite 600
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that on March 5th, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.

1