# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 21-CR-003 (RCL)** |
| : | |
| **JACOB ANTHONY CHANSLEY,** : | |
| Defendant. : | |

## SURREPLY TO DEFENDANT'S EMERGENCY
## MOTION FOR PRE-TRIAL RELEASE

The government now submits as a part of the record in this case two video exhibits—Exhibit 1 and Exhibit 2—which will be provided to the Court and defense counsel via the USAfx system. The Exhibits were referenced in today's oral argument on the defendant's motion for pre-trial release. The government also referenced a media interview given by the defendant. That interview was a part of the program 60 Minutes+, which aired on March 4, 2021, and can be found at the following hyperlink: https://www.youtube.com/watch?v=osb7X6tAwpc.

An analysis of the factors under 18 U.S.C. § 3142(g) demonstrates that the Defendant should remain detained pending trial. As a result, the government respectfully opposes the defendant's motion for pre-trial release.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY

/s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing opposition to the motion for release has been served upon defense counsel, Al Watkins, by email and ECF/PACER notification, on this day, March 5, 2021.

/s/
KIMBERLY L. PASCHALL
Assistant United States Attorney