UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JACOB ANTHONY CHANSLEY,

Defendant.

Case No. 21-cr-3 (RCL)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **DENIES** defendant Jacob Anthony Chansley's motion [12] for pre-trial release. Defendant shall remain in the custody of the U.S. Marshals as he awaits trial.

It is **SO ORDERED**.

Date: March 8, 2021

Hon. Royce C. Lamberth
United States District Judge