UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACOB ANTHONY CHANSLEY,<br><br>*Defendant*. | Case No. 21-cr-3 (RCL) |

### ORDER

On March 8, 2021, the Court issued an Order [26] denying defendant Jacob Anthony Chansley's motion [12] for pre-trial release. In its Memorandum Opinion [25] setting forth the reasons for ruling as such, the Court cites two video Exhibits referenced in the government's sur-reply [23]. Those Exhibits were provided to defendant and the Court but were not made available to the public. Accordingly, the government is hereby **ORDERED** to show cause why the two video Exhibits referenced in the government's sur-reply, ECF No. 23, should not be made public. The government shall also propose the manner in which those videos could be made public, in the event that the Court orders as such. The government shall do so within five (5) days of this date.

It is **SO ORDERED**.

Date: March 8, 2021

*(signature)*
Hon. Royce C. Lamberth
United States District Judge

1