UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-003 (RCL) |
| | : | |
| JACOB ANTHONY CHANSLEY, | : | |
| Defendant. | : | |

**RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE**

The government now submits this response to the Court's Order to Show Cause, ECF No 27. Given that the video exhibits provided to the Court and defense were used as evidence for the government's opposition to the defendant's motion for bond, the government does not oppose filing those exhibits on the public record. With respect to the manner in which those exhibits be made public, the government has consulted the criminal clerk's office for this Court and has been advised that the videos cannot be placed on the docket, because the clerk's office does not keep exhibit videos. However, videos could be made available upon request.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY

\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office

1

555 4th Street, N.W., Room 4116  
Washington, D.C. 20530  
202-252-2650  
Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon defense counsel, Al Watkins, by email and ECF/PACER notification, on this day, March 15, 2021.

/s/  
KIMBERLY L. PASCHALL  
Assistant United States Attorney