UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JACOB ANTHONY CHANSLEY,**<br><br>*Defendant.* | Case No. 21-cr-3 (RCL) |

## ORDER

On March 8, 2021, the Court issued an Order [26] denying defendant Jacob Anthony Chansley's motion [12] for pre-trial release. In its Memorandum Opinion [25] setting forth the reasons for ruling as such, the Court cites two video Exhibits referenced in the government's sur-reply [23]. Those Exhibits were provided to defendant and the Court but were not made available to the public. Accordingly, the Court ordered [27] the government to show cause by today, March 15, 2021, why those videos should not be made public. The government responded [29], indicating that it does not oppose the videos being made public. Because videos cannot be uploaded to the public docket, the Court hereby directs the Clerk of Court to post both video Exhibits on the Court's website in a location accessible by the public.

It is **SO ORDERED**.

Date: March 15, 2021

Hon. Royce C. Lamberth
United States District Judge