IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no. 1:21-cr-00003-RCL-1 |
| | ) | |
| JACOB ANTHONY CHANSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Comes now Defendant, Jacob Chansley, by and through his undersigned counsel, and for Defendant's Response to Government's Motion To Continue and to Exclude Time Under the Speedy Trial Act, states to the Court as follows:

1. The Defendant does not object to either the request of the Government or the Government's asserted basis for the Motion.

2. The Defendant further does not object to the limited temporal scope of the tolling of the Speedy Trial Act.

3. The Defendant specifically notes that he does not waive his right to a Speedy Trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

Respectfully Submitted,

KODNER WATKINS, LC


By: */s/ Albert S. Watkins*
ALBERT S. WATKINS, LC DC#399625
7733 Forsyth Boulevard, Suite 600
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that on March 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.