# EXHIBIT D

Case 1:21-cr-00003-RCL   Document 40-4   Filed 05/26/21   Page 1 of 6

PG 1 of 5

Interesting

64

Jake Angeli-Chansley

5-6-05

P4

Career paper

My career of choice is to be a "master", a Christ, a Buddha, or a Muhammad, whichever you prefer to call it. Now most people would say that there is no such career, and that a career is something you do for a *living*. Then I would reply with a smile and say, "What better *living* is there". I was not chosen for this career, I chose it. Most would say that I can't choose that career. Than I would say, "What did Jesus do? He was not chosen, he chose". Everything is choice. I chose this career because I know it is my soul's intent to get out of the illusion as well as to help others to get out of the illusion. When I say "illusion", I mean the physical world. The fact that we are physical is an illusion. Here is why I say this, because if you break everything down its all atoms, then you cut them in half and we have quarks. And when we break those quarks down into smaller and smaller pieces we have the same basic component, it is all energy. Me, my pencil, my desk, its all made up of the same stuff. Everything is in motion, even those things which appear to be sitting still. Jesus, Buddha and Muhammad all understood this and stopped believing in the illusion. They saw everything for what it really was, so for them the illusion disappeared. This does not mean that there were not times where they began to feel the illusion again, so when they did, they would go away to re-evaluate there none physical ness. This is why Jesus spent 40 days and 40 nights of introspection in the desert, but this was not the only time that he withdrew. Now having explained that we can move on.

When one gets out of the illusion, all skills, abilities, and talents are at your fingertips waiting to be exercised. This includes moving things with your mind, healing the sick, and rising from the dead. The master understands that all of these things are possible. When Jesus was on the cross and the crowds of people were telling him that if he was the real Messiah, to come down from the cross so they could see and believe. He did not because he did not have to prove to anyone that he was God, but then three days later when no one was watching, he rose from the dead, only to prove to himself that he was in fact God as he claimed himself to be.

This "career" involves the development of Self, and **_LOVE_** for all whom cross my path even those whom hate me and badmouth all that I say and do. It also requires a tremendous amount of patients, faith, spiritual knowledge, enough questions about reality and life, and enough ability to stand outside the box and to see yourself standing outside the box and then to see yourself watching yourself standing outside the box. Buddha's, Christ's, and Muhammad's soul all came to this planet for the very reason of getting out of the illusion. But they first had to believe it was an illusion, so they could begin to understand that it was their souls intent to get out of the illusion. Allow me to elaborate on "getting out of the illusion". The best way to put it is to say that your soul is dreaming all of this. And this "reality" is simply a construction of one's thoughts in one's dream. When one has a dream it feels very real right. It is also possible to control dreams right. Well what Jesus, Buddha, and Muhammad did is they realized that it was all a dream and they controlled it. They stopped believing that it was real.

The daily responsibilities of being a master are **_nothing_**. That is the beauty of it; one can choose whatever one wants to create in one's reality. The master is constantly

Case 1:21-cr-00003-RCL Document 40-4 Filed 05/26/21 Page 4 of 6

evolving into something 10 times what the master was the day before. This is why every day of the master's life is the best day of their life. This appeals to me very much, to have the freedom to do whatever I choose and have it be the best day of my life every day. What kind of loony would pass that opportunity up? The irony is the opportunity is there for everyone every day and people choose in ignorance to be angry or sad than have ultimate bliss. The opportunities are endless for the master. <u>*I can save the world if I choose!*</u>

The futures of the master is simple, that is to create as many masters as one can. The true master is not the one with most students but the one who creates the most masters. The true leader is not the one with the most followers, but the one who creates the most leaders. The true teacher is not the one with the most knowledge, but the one who causes the most others to have knowledge. The true God is not the One with the most servants, but the One who serves the most, thereby making Gods of all others.

The promotions and advancements are endless. For the master understands the concept of "the more you are, the more you can become, and the more you can become the more you have yet to be". The biggest secret to life is that life is not a process of discovery, but rather a process of creation.

One of the most glorious things about being a master is that money and material wealth do not matter and because they do not matter they are not needed. So the master has all of the wealth in the world simply by being alive. This is far more than any boss or job can pay you.

Another awesome thing about being a master is there are no disadvantages. Some people may consider others hatred and loathing for them to be a disadvantage. In fact the

master has more who hate him/her than the anti-Christ. However, the master understands that it is not what others think of them that matters, but only what the master thinks of himself/herself. I for one have many whom have a strong hate or dislike for me for very silly reasons or for what appears to be no reason at all. But I do not return their hate; in fact I love these people and openly express my love for them. Some ask why, and I tell them that my love counteracts their hate and then that love is all that exists, and love is forever. It doesn't matter to me that my love is not returned, because I understand that the souls of those who dislike me love me as much as I love them and it is just their ego that hates me. Not even disaster can faze the master because the master knows that from the seeds of disaster, comes the growth of Self. The master understands pain is simply an error in thinking. The master gets rid of even the worst pain by knowing that pain is merely physical, in this way the master "heals". Pain is a result from a judgment about something, remove the judgment and the pain disappears. Pain and disaster are simply perceived illusions in the eyes of the master and nothing is painful which you know is not real. Thus self grows. And growth starts every second.

    The growth of Self is the very reason that I am going into the military after high school. This is because I wish to see the world and understand every possible point of view and culture. This too will help my Self grow tremendously. I long to understand all. Especially that with which I may not agree, because if I can understand that with which I do not agree then that is another big step on the ladder of life. This ladder of life has no end so I can keep growing and growing and growing. Jesus, Buddha, and Muhammad, all had this same thirst for understanding. What is very humorous is that when I ask questions and long to understand most of the time I am ridiculed and put down. But if

Pg 585

5

these people understood my motive for my questions then I imagine they would hand over the information I seek without hesitation. If only people could understand how much I love and care for them, (I mean everyone I meet when I say "people"). "For if you only love those who love you what reward is there in that?"

The beauty of the life of the master is he/she understands that no schooling is needed there is no curriculum to study because everything is already known. It is just a matter of experiencing it. Everyday something that is already known to the soul is experienced to the fullest. Some say life is school, I totally disagree with that statement. School is somewhere one goes to learn something that one does not already know not somewhere one goes to experience what is already known, that is what the purpose of life is. To experience to the fullest the glory of God.

The day I "graduate" is the day I die. To be totally honest I look forward to death, because that means I get to go back to the one who sent me. And I know that everyone I have ever met and all whom I have loved and cherished will be there. And we will frolic together in paradise. It brings tears to my eyes to ponder on the beauty, love, warmth, peacefulness, and most of all, the wisdom that all will experience together forever and ever.