EXHIBIT E

| File | Date |
|---|---|
| 1_2020 Interview with JACOB ANTHONY CHANSLEY.mp4 | 4/22/2021 1:12 PM |
| 2_NOV 2020 Violence not necessary.mp4 | 4/22/2021 6:13 PM |
| 3_NOV 2020 Bittersweet losing election.mp4 | 4/22/2021 6:14 PM |
| 4_NOV 2020 Understands Constitution.mp4 | 4/12/2021 4:32 AM |
| 5_NOV 2020 Get informed involved in peaceful political process.mp4 | 4/12/2021 4:39 AM |
| 6_NOV 2020 Traitor is common in his vernacular.mp4 | 4/22/2021 6:57 PM |
| 7_9.00 Comes from patriotic family.mp4 | 4/22/2021 9:37 PM |
| 8_1.10 American History Museum.mp4 | 4/27/2021 10:46 A |
| 9_1.20 Walking and leading chanting USA USA.mp4 | 4/27/2021 10:51 A |
| 10_1.30 Standing on Media Platform Ladder.JPG | 4/23/2021 2:39 AM |
| 11_1.40 Platform Uncomfortable and Takes step back.mp4 | 4/23/2021 2:41 AM |
| 12_1.45 Watches first rioters from afar_Hey Hey stop that.mp4 | 4/23/2021 2:47 AM |
| 13_1.50 Jake comes DOWN scaff walks away.mp4 | 4/22/2021 10:01 P |
| 14_1.54 to 2.03 First Sightings of JAC under scaff over 9 min_not involved.mp4 | 4/25/2021 6:57 PM |
| 15_1.58 JAC Chants USA USA.mp4 | 4/24/2021 9:19 PM |
| 16_2.03 Chants of USA JAC not involved.mp4 | 4/23/2021 6:55 AM |
| 17_2.05 They are forming a pocket behind us_FEW people.mp4 | 4/23/2021 7:00 AM |
| 18_2.08 Stepping over railing_FEW people.mp4 | 4/23/2021 7:05 AM |
| 19_1.52 to 2.08 Groups of people that passed JAC under scaff.JPG | 4/23/2021 7:18 AM |
| 20_2.08 to 2.10 Going up stairs JAC well behind.mp4 | 4/24/2021 9:34 PM |
| 21_2.12 Others rush_JAC doesnt crest stairs until 52s_JX (1).mp4 | 4/27/2021 10:55 A |
| 22_2.12 Cropped view of prev video to see JAC in detail_JX.mp4 | 4/27/2021 10:56 A |
| 23_2.12 More people rush toward Capitol_ JAC stays back_JX.mp4 | 4/25/2021 11:15 A |
| 24_2.12 Another view. JAC back others rush toward Capitol_PP.mp4 | 4/25/2021 11:06 A |
| 24_SS_2.12 Stairs to Entry Screen Shots_PP.JPG | 4/26/2021 2:39 AM |
| 25_2.12 Full video_ JAC not involved_BG On the Scene.mp4 | 4/25/2021 3:18 PM |
| 26_2.13 Capitol Entry_Security Footage (1).mp4 | 4/27/2021 11:03 A |
| 27_2.13 Capitol Entry_USDC Exhibit_JAC stops man from stealing muffin.mp4 | 4/25/2021 8:32 PM |
| 28_2.22 JAC enters the Senate Lobby to awaiting photographers.mp4 | 4/26/2021 3:42 AM |
| 29_2.22 Front and Back views.mp4 | 4/26/2021 4:03 AM |
| 30_IMAGES_JAC in Senate Lobby calm non threatening.JPG | 4/26/2021 4:09 AM |
| 31_2.55 to 3.30 JAC in Sen Gallery Chamber_Chant Prayer.mp4 | 4/26/2021 12:44 A |
| 32_3.30 to 5.30 JAC tells people to go home.mp4 | 4/26/2021 12:52 A |
| 33_6.00p JAC at Sofitel Hotel.mp4 | 4/26/2021 5:54 AM |