# EXHIBIT F

| EXH # | TIME / STAMPS | SUBJECT: "JAC Paraphrase" | FILE NAME | SOURCE |
|---|---|---|---|---|
| A | **NOVEMBER 2020** | | | |
| 1. | INTERVIEW: November 2020 | N/A | JAC describes Shamanism and his practice of Life Magic. Discusses how the use of loud sound waves, the singing, the drumming, sound waves can affect the quantum (sub-atomic) realm - used to bring positive energy. Especially when you do it LOUDLY. That you dress up in a way to scare off evil spirits. Especially when you do it loudly. | 1_Interview Nov 2020 | https://youtu.be/mYCl_3mc7uY |
| 2. | PROTEST: November 20, 2020 Board of Supervisors Vote Certification Maricopa County, AZ | N/A | Violence is not necessary, but protest and prayer is. "The more we practice Gandhi, MLK, Jr, non-violence, civil disobedience, the closer we are to taking back our country. So, violence, not necessary at all. Protest, most certianly necessary. Prayer, most certainly necessary. | 2_Violence not necessary | |
| 3. | PROTEST: November 20, 2020 Board of Supervisors Vote Certification Maricopa County, AZ | N/A | New opportunity after election, just need to do the work. "This corruption is opportunity … now we know who the TRAITORS are, but we have to do the WORK to get rid of them. Wants a Recall Election. | 3_Bittersweet but opportunity | https://youtu.be/rDUxllvw2m8 |
| 4. | | N/A | "Rights cannot be taken, only given away. What we're doing here is exercising first amendment, freedom to assemble, freedom of speech. | 4_Understands constituition and rights | |
| 5. | PROTEST: November 20, 2020 Board of Supervisors Vote Certification Maricopa County, AZ | N/A | Explains how to watch the webinar of the Board of Supervisors meeting. | 5_Informing the public about gov meetings | |
| 6. | PROTEST: November 20, 2020 Board of Supervisors Vote Certification Maricopa County, AZ | N/A | Everyone is a traitor. He uses that word and prolific profanity as part of his vernacular. "So … media, full of traitors. Local government full of traitors, Washington DC, full of traitors." | 6_Uses traitor to describe many | |

| | | PRE-RALLY | JAN 6, 2021 | | |
|---|---|---|---|---|---|
| B | | | | | |
| | 7. | VIDEO: JAC walking around before rally. "Early in the morning of January 06th 2021 in Washington D.C. a line formed over four miles long six people wide of people wanting to get in to see President Donald J. Trump speak. Remember **this is just the early birds**, never have we seen this many people at once, the line wrapped around the Washington monument." | 8:00 - 11:30 | He comes from a very patriotic family. "Make America Great": Words and Music by Martha Angeli-Chansley and Jim Whitaker. JAC walking around speaking through his bullhorn. "This is the communists last stand in America...You think they're going to try and take this from us? Come on, now." | 7_9.00a Pre Rally _ Patriotism is in family | https://youtu.be/43ZC2hYlcdY |
| C | | **CONSTITUTION AVE** | | | | |
| | 8. | VIDEO: Taken near American History Museum | 1:10 - 1:20 | Walking, stopping, smiling, taking pictures with people. | 8_1.10 American History Museum | https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:d4cdb175-329d-4f8d-b070-e3ca5dc503d6 |
| | 9. | VIDEO: Constitution Ave / 10th Ave (Smithsonian Museum of Natural History) | 1:15 - 1:25 | "USA, USA", "Freedom" | 9_1.20 Walking and leading chanting USA USA | https://youtu.be/kR4JIK0Ea-4 |
| D | | **CAPITOL: MEDIA PLATFORM** | | | | |
| | 10. | IMAGE: JAC on media platform ladder | 1:25 - 1:45 | | 10_1.30 Standing on Media Platform Ladder | NBC News. Jan 13, 2021. Photo by Victor J. Blue/Bloomberg via Getty Images. |
| | 11. | VIDEO: JAC on top of platform. | 1:25 - 1:45 | Becoming more uncomfortable with what guy who borrowed his bullhorn is saying. He takes a big step back. | 11_1.40 Platform uncomfortabel and takes step back | https://youtu.be/W5BMuSEKzEU |
| E | | **CAPITOL: MEDIA PLATFORM/SCAFFOLDING** | | | | |
| | 12. | VIDEO: JAC watches from afar, yells at someone for throwing object at police | 1:49 | Watches as what appears to be first group break through barrier under scaffolding. When someone from crowd throws object at police, JAC yells "Hey, hey, stop that shit!". Albert Ciarpelli, gray haired man can be seen early in clip near JAC. | 12_1.45 Watches rioters from afar _ Hey Hey stop that | https://projects.propublica.org/parler-capitol-videos/?id=dkhyPhlBrq8P |

**F**

### CAPITOL: UNDER SCAFFOLDING

| # | Description | Time | Notes | Source |
|---|---|---|---|---|
| 13. | VIDEO: JAC coming down from scaffolding on the media (far right) side and walking in other direction. Man has 2nd flag with spear finial. Helps JAC and holds his flag for him. (INSURGENCE USA) | *1:50 – 2:08* | JAC on far right side of scaffolding, coming down from where press are. A man with a large flag and a spear finial meets him at the bottom and helps him with his flag. | 13_1.50 Jake comes DOWN scaff walks away | John Sullivan / JAYDEN X https://youtu.be/PKBOEhLHD4c |
| 14. | VIDEO: Five sightings of JAC under scaffolding. (Jayden X) | *1:50 – 2:08* | JAC not involved, just watching, looking around. | 14_1.54 to 2.03 First Sightings of JAC under scaff over 9 min_not involved | John Sullivan / INSURGENCE USA https://youtu.be/P34tO5eaLhg |
| 15. | VIDEO: Sixth sighting of JAC under scaffolding (from ITV News) | *1:58* | JAC chanting, "USA, USA" with the crowd. Compare with next video, where chant is heard but JAC not involved, out of character. Michael Curzio, who has been at the top of the scaffolding this whole time is now chanting near him. | 15_1.58 JAC Chants USA USA | ITV News, Robert Moore correspondent |
| 16. | VIDEO: Seventh sighting of JAC under scaffolding (Jayden X video) | *2:03* | Chant heard, but JAC not involved, just watching. No barricades between police and rioters at the front. | 16_2.03 Chants of USA JAC not involved | |
| 17. | VIDEO: Eighth sighting of JAC under scaffolding (Jayden X video). | *2:05* | Closing off the area behind JAC. There are very few people now in the scaffolding area and entry to the area is closed off. Hundreds of people have been seen under the scaffolding since 1:45p. | 17_2.05 They are forming a pocket behind us_FEW people | |
| 18. | VIDEO: Ninth sighting of JAC under scaffolding (Jayden X video) | *2:08* | JAC climbs over hand rail to area of lots of empty space. Police and rioters at the front appear calm. | 18_2.08 Stepping over railing_FEW people | |
| 19. | Screenshots of rioters in the "staging area" during the time JAC is under the scaffolding and before he steps over railing. | *1:52 – 2:08* | Different groups of rioters | 19_1.52 to 2.08 Groups of people that passed JAC under scaff | John Sullivan / JAYDEN X https://youtu.be/PKBOEhLHD4c John Sullivan / INSURGENCE USA https://youtu.be/P34tO5eaLhg |

### CAPITOL: SCAFFOLDING TO TOP OF STAIRS

**G**

| # | Description | Time | Notes | Ref | Link |
|---|---|---|---|---|---|
| 20. | VIDEO: JAC going up the steps | 2:08 – 2:10 | JAC in group going up the stairs from scaffolding to top of steps. | 20_2.08 to 2.10 Going up stairs JAC well behind | |
| 21. | VIDEO: JAC as group engages police. After barricades are released, JAC remains standing at the top of the stairs while others rush to entry points. | 2:12 | Everyone else move directly towards the Capitol. JAC remains behind and turns around to view the way he came. | 21_2.12 Others rush_JAC doesnt crest stairs until 52s_JX | |
| 22. | See above | 2:12 | See above. | 22_2.12 Cropped view of prev video to see JAC in detail_JX | |
| **CAPITOL: STAIRS to ENTRY** | | | | | |
| 23. | VIDEO: Throngs of people are heading toward the Capital entry points, however, JAC is seen standing in the grassy area. | 2:12 | | 23_2.12 More people rush toward Capitol_JAC stays back_JX | |
| 24. | VIDEO: JAC is seen still standing in the grassy area with his back to the crowd as they race toward the Capital doors | 2:12 | | 24_2.12 Another view. JAC back others rush toward Capitol_PP | |
| 24_SS | See above | 2:12 | At least 40 people are rushing toward the Capital doors using boards and riot shields to smash the doors and window. JAC is not involved. | 24_SS_2.12 Stairs to Entry Screen Shots_PP | https://projects.propublica.org/parler-capitol-videos/?id=StkJb205ViGR |
| 25. | VIDEO: Damage to windows and doors of the Capital | 2:12 | Only video to show initial damage to both windows and doors. Almost no damage to left window or door. | 25_2.12 Full video_JAC not involved_BG On the Scene | https://youtu.be/aUjtmt_9GcY |
| **CAPITOL: ENTRY** | | | | | |
| 26. | VIDEO: Shows JAC entering the Capitol at 2:13:40. | 2:13:40 | Shows substnaital damage to left window and door. | 26_2.13 Capitol Entry_Security Footage | 2nd IMPEACHMENT VIDEO FOOTAGE. https://youtu.be/m26mFKKJyZU |
| 27. | *VIDEO: JAC follows crowd through door and yells "hey, hey"hey" at man stealing muffin from a break room.* | 2:13 | JAC can be seen and heard. | 27_2.13 Capitol Entry_USDC Exhibit_JAC stops man from stealing muffin | USDC EXHIBIT |
| **CAPITOL: SENATE LOBBY** | | | | | |

| # | | | | |
|---|---|---|---|---|
| 28. | **VIDEO: JAC enters Senate lobby.** | 2:22 | JAC is greeted by at least 6 photogeaphers for what appears to be a photo shoot. JAC is posing, for photos, not yelling or threateneing anyone. | 28_2.22 JAC enters the Senate Lobby to awaiting photographers | https://projects.propublica.org/parler-capitol-videos/?id=1do91KWUgjXQ |
| 29. | **VIDEO: Front and back views of JAC in Senate lobby.** | 2:22 | JAC is calm and not raising his voice. | 29_2.22 Front and Back views | https://projects.propublica.org/parler-capitol-videos/?id=1do91KWUgjXQ  https://youtu.be/Udk7RkEXIKc |
| 30. | **STILL SHOTS: JAC in Senate Lobby** | 2:22 - 2:55 | JAC is calm, talking, listening, and not yelling or threatening. | 30_IMAGES_JAC in Senate Lobby calm non threatening | Reuters, AP, Getty Images, New York Times |
| K | **CAPITOL: SENATE GALLERY / CHAMBER** | | | | |
| 31. | **VIDEO: JAC in Senate Gallery and Chamber** | *2:55 Gallery*  *2:58 Chamber* | JAC (Shaman chant and prayer) | 31_2.55 to 3.30 JAC in Sen Gallery Chamber_Chant Prayer | https://youtu.be/270F8s5TEKY |
| L | **CAPITOL: OUTSIDE** | | | | |
| 32. | **VIDEO: JAC telling people at the Capital to go home** | *3:30 - 5:30* | JAC tells the crowd that President Donald Trump has asked everyone to go home and says "so what are we going to do, were going to get out of here, lets go home." | 32_3.30 to 5.30 JAC tells people to go home | https://www.youtube.com/watch?v=emggKyR65Zg  https://hubblecontent.osi.office.net/contentsvc/videohostpage/video?lcid=1033&syslcid=1033&uilcid=1033&app=3&ver=16&build=16.0.13530&platform=Win32&streamsso=true&appCorrelationn=E19E1C29-F889-4169-8FBF-98C687F49A3A&url=https%3A%2F%2Fwww.youtube.com%62Fembed%2FemggKyR65Zg%3Ffeature%3Doembed |
| M | **AFTER CAPITOL** | | | | |
| 33. | **Outside Sofitel Hotel, Washington DC approximately 6pm. JAC not concerned** | 6:00p | | 33_6.00p JAC at Sofitel Hotel | Emailed from Defense Witness |