# United States District Court

For the District of Columbia

United States
    PLAINTIFF

v.

Jacob Chansley
    DEFENDANT

*let this be filed as a "Motion for leave*
*to file Amicus Curiae Brief"!*
*Reyes C. Lamberth, U.S.D.J.  5/26/21*

Case No. 1:21-cr-00003

April 24, 2021

## MOTION FOR LEAVE TO FILE

AMICUS CURIAE BRIEF IN SUPPORT OF THE UNITED STATES CONSTITUTION'S
COMMON DEFENCE OF THE GUARANTEE OF A REPUBLICAN FORM OF GOVERNMENT

### ORIGINALISM IS IN THE AIR AGAINST THE THREAT OF SOCIALISM, PARTS 1 & 2

I am doing what I can as an individual private citizen to stop the current and ongoing SECOND CIVIL WAR at its infancy (Political Warfare) by causing the restoration of ORIGINALISM, THE ORIGINAL PUBLIC MEANING DOCTRINE OF CONSTITUTIONAL INTERPRETATION THROUGH THE FOUR CORNERS DOCTRINE. The present Political Warfare has weaponized Identity Politics, nihilistic by nature will destroy this country by perpetuating The Big Lie of Political Warfare by Socialist-leaning Left-Wing Democrats in treasonous opposition to the "More Perfect Union" intent of the United States Constitution.





**Equal Justice For All. Right?** My perception is that Jacob Chansley is mocking the UNITED STATES DESCENDING INTO TRIBALISM by taking on a tribal persona in like manner as televised professional wrestlers because IDENTITY POLITICS is NIHILISTIC BY NATURE. If that is the case then that is categorized as "performance art" protected by the FIRST AMENDMENT. And as for his presence at THE BATTLE OF CONGRESS that event is JUSTIFIED by the UNITED STATES CONSTITUTION'S GUARANTEE OF THE REPUBLICAN FORM OF GOVERNMENT which is further guaranteed by the COMMON DEFENCE CLAUSE in the

1

PREAMBLE, the SECOND AMENDMENT, in combination with the THIRTEENTH & FOURTEENTH AMENDMENTS triggered by the U.S. Supreme Court's pro-Slavery case Dred Scott v. Sandford, 60 U.S. 393 at 417 (1856) to keep and carry arms wherever they went because the constitutionality of the Biden/Harris Ticket has not been examined to determine whether the Biden/Harris Ticket went *Ultra Licitum* on the constitutional law and ethics for the 2020 PRESIDENTIAL ELECTION.

I suggest that the DEMOCRATS are the real Domestic Enemies of the State who committed the Actual Treason overthrowing President Trump. Under Constitutional Law, President Trump is still the President by default of Treason by the Democrats.

# "Delusion is Reality for the Corrupt."

*BEHAVIORAL PSYCHOLOGY* and *THE RULE OF LAW & ACTUAL JUSTICE* Quotation coined by *DON HAMRICK, THE PLAINTIFF*, after studying the three subjects as an educational hobby for 30+ years in accordance with *ORIGINALISM*, the *DOCTRINE OF ORIGINAL PUBLIC MEANING* to get to *THE ACTUAL TRUTH OF THINGS* because *THE ACTUAL TRUTH MATTERS*. Not what the State or Federal Courts or what The U.S. Supreme Court says it is with their "*MOTIVATED SKEPTICISM*" known as personal/political ideologies, judicial biases/prejudices backed up by false judicial doctrines and judicial *FLIM-FLAM BAMBOOZLING MEMORANDUM OPINIONS* which has put the United States in a *SECOND CIVIL WAR* at its infancy. History demands the restoration of *ORIGINALISM & THE COMMON DEFENCE* backed by the rights & duties of the 1ˢᵗ, 2ⁿᵈ, 9ᵗʰ, 10ᵗʰ, 13ᵗʰ & 14ᵗʰ AMENDMENTS.

Parts 1 & 2 of my Amicus Curiae Briefs present evidence that Biden/Harris violated constitutional election law & ethics during the 2020 PRESIDENTIAL ELECTION. And if the evidence prove such violations, and I believe the evidence exists despite the political fanaticism for Biden/Harris, then Biden/Harris committed Treason. If that proves true in Court then President Trump is reinstated.

FROM THE DOCKET:

3/30/2021 DOCUMENT #34: LEAVE TO FILE DENIED: Amicus Brief filed by Don Hamrick as to JACOB ANTHONY CHANSLEY This document is unavailable as the Court denied its filing. "*Leave to file Denied. This requires a motion for leave to file that is served on the U.S. Attorney and counsel for the defendant so they may consent or oppose*". Signed by Judge Royce C. Lamberth on 3/30/2021. (bb) (Entered: 04/06/2021)

I Priority Mailed the two remaining attached Amicus Curia Briefs without the Motion for Leave to File. That is my error in my haste to prepare the two briefs for immediate mailing.

I present THE BATTLE OF ATHENS, TN, 1946 as case precedent for THE BATTLE OF CONGRESS, JANUARY 6, 2021 that started the SECOND CIVIL WAR provoked by the DEMOCRATS just as the INCUMBENT DEMOCRATS PROVOKED THE BATTLE OF ATHENS, TN IN 1946 under nearly identical circumstances. The one significant difference is the VETERANS PARTY in 1946 were not charged with any crimes for the gun battle with the

Sheriff, and his deputies to get the ballot boxes back to insure an honest election, the exact same (a redundancy, I know, just like The Battle of Congress in 2021 is a redundancy with The Battle of Athens, Tennessee in 1946 (so soon after World War II).

Today veterans and patriotic citizens defending the constitutional Guarantee of the Republican Form of Government under the Common Defence Clause in the Preamble to the Constitution are threatened with arrest and prosecution for an activity protected by the Constitution. That, by definition, is Treason by the Government itself.

# This is How to Stop the Second Civil War!

## RESURRECT & RESTORE ORIGINALISM,
### The DOCTRINE OF ORIGINAL PUBLIC MEANING OF CONSTITUTIONAL INTERPRETATION THROUGH THE FOUR CORNERS DOCTRINE.

*Boyd* v. *United States*, 116 U.S. 616 at 635 (1886): It may be that it is the obnoxious thing in its mildest and least repulsive form; but illegitimate and unconstitutional practices get their first footing in that way, namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any **Stealthy Encroachments** thereon. Their motto should be *Obsta Principiis*. We have no doubt that the legislative body is actuated by the same motives, but the vast accumulation of public business brought before it sometimes prevents it, on a first presentation, from noticing objections which become developed by time and the practical application of the **Objectionable Law**.

(*Chisholm* v. *Georgia*, 2 U.S. 419 at 479 (1793) *"the people are the sovereign of this country,"*) to say what the United States Constitution and the Arkansas Constitution means in accordance with ORIGINALISM, the DOCTRINE OF ORIGINAL PUBLIC MEANING as confirmed by the TENTH AMENDMENT POWERS RESERVED TO THE PEOPLE THEMSELVES. That includes the reserved TENTH AMENDMENT RESERVED POWERS TO THE PEOPLE (CITIZENS OF ARKANSAS) to file AMICUS CURIAE BRIEFS as ADMISSIBLE EVIDENCE in State and Federal Courts, including the U.S. Supreme Court by non-attorneys (SCOTUS Unconstitutional Rule 28.8) under every State's RULES OF EVIDENCE and have those AMICUS CURIAE BRIEFS included as part of the record on appeal in the interest of ACTUAL JUSTICE as part of the CHECKS AND BALANCE SYSTEM of our DOUBLE-TRIPARTE REPUBLICAN FORM OF GOVERNMENT with the TREATY CLAUSE as the caveat when any part of the STATE OR FEDERAL GOVERNMENT spins out of control which will cause this country to decline into TRIBALISM through NIHILISTIC IDENTITY POLITICS

which will destroy this country with the present and ongoing SECOND CIVIL WAR in its infancy (Political Warfare) started by the 2020 PRESIDENTIAL ELECTION and confirmed by THE BATTLE OF CONGRESS January 6, 2021. THE BATTLE OF ATHENS, TENNESSEE in August of 1946, is the case precedent constitutionally justifying THE BATTLE OF CONGRESS.

https://americancommondefencereview.files.wordpress.com/2021/04/originalism-is-in-the-air-part-1.pdf
https://americancommondefencereview.files.wordpress.com/2021/04/originalism-is-in-the-air-part-2.pdf

# The U.S. Department of Justice Manual

1. Citing Title 9 Criminal, § 90.500 INTERNAL SECURITY, IN THE JUSTICE MANUAL FOR THE U.S. DEPARTMENT OF JUSTICE:

"Numerous offenses pertaining to the **INTERNAL SECURITY** of the United States can be prosecuted only with the approval of, and under the supervision of, the **ASSISTANT ATTORNEY GENERAL OF THE NATIONAL SECURITY DIVISION, OR HIGHER AUTHORITY**. Authorization and supervision requirements are found at JM 9-90.020 **[18 U.S.C. § 2381 et seq. (*TREASON*,① SEDITION AND SUBVERSIVE ACTIVITIES)]. THE COUNTERINTELLIGENCE AND EXPORT CONTROL SECTION (CES) OF THE NATIONAL SECURITY DIVISION SUPERVISES PROSECUTIONS INVOLVING INTERNAL SECURITY**. [updated January 2020]"

① *TREASON*, includes Judicial Treason as defined in *Cohens* v. *Virginia*, 19 U.S. 264 at 404 (1821)

"It is most true that this Court will not take jurisdiction if it should not; but it is equally true that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the Constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. **The one or the other would be treason to the Constitution**. Questions may occur which we would gladly avoid, but we cannot avoid them. All we can do is to exercise our best judgment and conscientiously to perform our duty. In doing this on the present occasion, we find this tribunal invested with appellate jurisdiction in all cases arising under the Constitution and laws of the United States. We find no exception to this grant, and we cannot insert one."

4

ALSO APPLICABLE:

"Treason doth never prosper, what's the treason?
For if it prosper, non dare call it Treason."

SIR JOHN HARINGTON, "Of Treason," *The Letters and Epigrams of Sir John Harington . . . .* ed. Norman E. McClure, book 4, epigram 5, p. 255 (1977). The complete edtion of his epigrams was published in 1618. Quotation #1826 in Respectfully Quoted: A Dictionary of Qupotations from the Congressional Research Service, edited by Suzy Platt, Congressional Reference Division, Library of Congress, Washington, DC. (1989).

2. Citing Title 8 Civil Rights, § 3.000 ENFORCEMENT OF CIVIL RIGHTS CRIMINAL STATUTES, in the Justice Manual for the U.S. Department of Justice:

**8-3.130 CASES OF NATIONAL INTEREST**

A case of "**national interest**" is one that presents **important public policy considerations**; a case that presents **a novel issue of law**; a case that **because of peculiar facts and circumstances may set important precedent**; a case with simultaneous investigations in multiple districts (unless the UNITED STATES ATTORNEY'S OFFICE in each district and the CIVIL RIGHTS DIVISION conclude that national interests are not involved); a case with international or foreign policy implications; **a case that is urgent or sensitive**; or a case **that substantially affects the uniform application of the law**. A case **involving a violation of the federal criminal civil rights laws resulting in death** is presumed to be **A CASE OF NATIONAL INTEREST**.

The ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION, after consultation with the UNITED STATES ATTORNEY, shall determine whether a case is of "NATIONAL INTEREST," considering the factors listed above. In a case of NATIONAL INTEREST, the ASSISTANT ATTORNEY GENERAL, after consultation with the UNITED STATES ATTORNEY, may require the UNITED STATES ATTORNEY'S OFFICE and the CIVIL RIGHTS DIVISION to participate jointly as co-counsel from the initiation of the investigation through prosecution. The ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION, after consultation with the UNITED STATES ATTORNEY, shall take into consideration all of the circumstances, including the experience of the particular UNITED STATES ATTORNEY'S OFFICE and the efficient use of government resources in making staffing decisions. The ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION, after consultation with the UNITED STATES ATTORNEY'S OFFICE, may also determine that a case is best staffed by attorneys only from the UNITED STATES ATTORNEY'S OFFICE or only from the CIVIL RIGHTS DIVISION.

In a case of NATIONAL INTEREST or that is presumptively of NATIONAL INTEREST, the UNITED STATES ATTORNEY'S OFFICE in the relevant district,

the FBI, and the CIVIL RIGHTS DIVISION should consult and coordinate with each other before any press conference is held or before any statement is made to the media.

[updated March 2018]

Before My Stroke

After My Stroke

DON HAMRICK
322 ROUSE STREET
KENSETT, AR 72082
PHONE: (501) 742-1340
EMAIL KI5SS@YAHOO.COM
(PRIVATE CITIZEN)

6