UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACOB ANTHONY CHANSLEY,<br><br>*Defendant.* | Case No. 21-cr-3 (RCL) |

## ORDER

On May 26, 2021, defendant Jacob Anthony Chansley moved to reopen the detention hearing and for pre-trial release. ECF No. 40. The Court hereby directs the Government to respond to defendant's motion by Friday, June 4, 2021. Any reply shall be filed no later than Friday, June 11, 2021.

It is **SO ORDERED**.

Date: May 27, 2021

Hon. Royce C. Lamberth
United States District Judge