UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-003 (RCL) |
| : | |
| JACOB ANTHONY CHANSLEY, : | |
| Defendant. : | |

### STATUS UPDATE

The government now submits this status update, pursuant to this Court's Order. ECF No. 39. The defendant has been designated for evaluation at FCI Englewood, in Jefferson County, CO. Per the forensic examiner, the defendant will have to be placed in quarantine upon arrival in accordance with the facility's COVID-19 precautions before the evaluation can begin. According to the U.S. Marshal Service, as of today, the defendant is still in Alexandria, VA, and is scheduled to depart this week.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY

   /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

1