UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-003 (RCL) |
| : | |
| JACOB ANTHONY CHANSLEY, : | |
| Defendant. : | |

## STATUS UPDATE

The government now submits this status update, pursuant to this Court's Order. ECF No. 39. Since the last status update, the defendant has departed the D.C. area, and as of June 10, 2021, is being housed at FCI Englewood, in Littleton, CO. He will undergo his competency evaluation at FCI Englewood.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY


\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

1