UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-CR-003 (RCL) |
| | : | |
| **JACOB CHANSLEY,** | : | **FILED UNDER SEAL** |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL
SUPPLEMENT TO GOVERNMENT'S OPPOSITION TO
MOTION FOR REVIEW OF BOND DECISION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests leave to file this motion and Exhibit 2 to the supplement to the government's opposition to defendant Chansley's motion for bond review under seal. Given that the government's supplement attaches as an exhibit the defendant's personal identifying information in the pretrial services report prepared in Arizona, the sealing requested is necessary to ensure the privacy of this information.

**WHEREFORE**, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant the motion to file this exhibit under seal.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office

                                  555 4th Street, N.W., Room 4116
                                  Washington, D.C. 20530
                                  202-252-2650
                                  Kimberly.Paschall@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing supplement to the opposition to the motion for release has been served upon defense counsel, Al Watkins, by email, on this day, June 21, 2021.

                                    /s/
                                  KIMBERLY L. PASCHALL
                                  Assistant United States Attorney