## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO. 21-CR-003 (RCL)** |
| | **:** | |
| **JACOB ANTHONY CHANSLEY,** | **:** | |
| **Defendant.** | **:** | |

### SUPPLEMENT TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REOPEN THE DETENTION HEARING AND FOR PRE-TRIAL RELEASE

The government now submits this supplement to the government's opposition to the defendant's motion to reopen the detention hearing, pursuant to this Court's order asking for supplemental briefing on the defendant's risk of flight. ECF No. 47. There is no new evidence on the issue of the defendant's risk of flight, and the arguments made by the government at the initial detention hearing in the District of Arizona should continue to persuade this Court of the risk posed by the defendant's release.

As previously argued, and as Magistrate Judge Fine in Arizona correctly concluded, the defendant poses a flight risk for multiple reasons. See Ex 1.  He is both unemployed and a regular drug user. See Ex. 1. The Pre-Trial Services Report prepared in Arizona also correctly describes Chansley's employment status as contributing to his flight risk.  See Ex. 2.  It does—he has no stable job to tie him to the community, and instead "sporadically earns money" by appearing at protests and riots to lead QAnon followers. See Ex. 2, at 2. The defendant relayed to pre-trial services in Arizona that, should he be released, he plans on "activating a website to sell shamanic services." See Ex. 2, at 2.

On top of this, the full picture of Chansley's fund-raising and off-the-grid travel

opportunities deepen the risk.  The defendant has the ability to quickly raise large sums of money

for travel through non-traditional sources as one of the prominent figures of QAnon, and has

previously demonstrated an ability to travel long distances using untraceable methods. Legal

process from Facebook shows that the defendant and others raised money online in order to

attend the Million Maga March in Washington, D.C. on December 12, 2020:

> **Time** 2020-12-04 15:09:42 UTC
> **Message** We're patriots in AZ raising money to help pay for a
> rental car, gas, lodging, & other
> expenses to go to Washington DC for the MAGA Million March
> on Dec-12th-2020.
> We're patriots on the front lines in AZ who wish to take our
> positive energy to DC!
> Thank u!

Indeed, the defendant has twice been able to travel to this jurisdiction with no apparent source

of income, which is concerning for the government.

Further, the defendant has no ties to the prosecuting jurisdiction, and resides in a

jurisdiction which touches an international border. If released, the defendant would most likely

return to residing with his mother at his prior address, as noted in the defense's motion. ECF

No. 48, at 7. Yet, as the Court is well-aware from the 60 Minutes+ Interview aired on March 5,

2021, the defendant's mother does not believe the defendant has done anything wrong, and has

continually bought into the false narrative that the defendant "walked through open doors."[1] The

defendant's mother cannot give the Court comfort that she will be an adequate custodian who

keeps the defendant from fleeing prosecution.

In sum, Chansley remains a flight risk, and nothing in the defendant's latest round of

---

[1] See https://www.paramountplus.com/shows/60-minutes-plus/ and
https://www.independent.co.uk/news/world/americas/us-politics/mother-qanon-shaman-jacob-chansley-election-conspiracy-b1812693.html

briefing should move the needle for this Court. An analysis of the factors under 18 U.S.C. §

3142(g) demonstrates that the Defendant should remain detained pending trial. As a result, the

government respectfully opposes the defendant's motion to reopen the detention hearing and for

pre-trial release.

> Respectfully submitted,
>
> CHANNING D. PHILLIPS
> ACTING UNITED STATES
> ATTORNEY
>
>
> ___/s/_____
> KIMBERLY  L. PASCHALL
> Assistant United States Attorney
> D.C. Bar 1015665
> U.S. Attorney's Office
> 555 4th Street, N.W., Room 4116
> Washington, D.C. 20530
> 202-252-2650
> Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing opposition to the motion for release has been

served upon defense counsel, Al Watkins, by email and ECF/PACER notification, on this day,

June 21, 2021.

> ___/s/_____
> KIMBERLY  L. PASCHALL
> Assistant United States Attorney