UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-3 (RCL) |
| **JACOB ANTHONY CHANSLEY,** | |
| *Defendant.* | |

## ORDER

The Government's motion [50] for leave to file document under seal is hereby **GRANTED IN PART** and **DENIED IN PART**. Exhibit 2 [50-3] to the Government's supplement [50-1] to its opposition brief [44] shall remain **SEALED**. The Government's motion [50] for leave to file document under seal, however, does not contain any personal identifying information and thus shall be **UNSEALED**.

Accordingly, the Court directs the Clerk of Court to **UNSEAL** ECF Nos. 50, 50-1 & 50-2. ECF No. 50-3 shall remain **SEALED**.

It is **SO ORDERED**.

Date: June 23, 2021

Hon. Royce C. Lamberth
United States District Judge