UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-CR-003 (RCL) |
| | : | |
| **JACOB ANTHONY CHANSLEY,** | : | |
| Defendant. | : | |

## STATUS UPDATE

The government now submits this status update, pursuant to this Court's Order. ECF No. 39. Since the last status update, the defendant has been housed at FCI Englewood, in Littleton, CO. He will undergo his competency evaluation at FCI Englewood, and the parties have been providing appropriate information to the evaluator.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY


___/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

1