IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| Jacob Chansley ) | |
| ) | Cause No.: 1:21-cr-00003 |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANT'S MOTION TO DISMISS
COUNT TWO OF THE INDICTMENT**

TO THE HONORABLE ROYCE LAMBERTH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW JACOB CHANSLEY, the Defendant in the above styled and numbered cause, by and through undersigned counsel, and, pursuant to Rules 7(c)(1) and 12(b)(3)(B) of the Federal Rules of Criminal Procedure, the Fifth and Sixth Amendments to the United States Constitution, and the authority discussed in his memorandum to this motion, moves this Court to enter an order dismissing Count Two of the Indictment in this case. In support thereof, he would show the following.

1. Court Two of the indictment against Mr. Chansley alleges that on or about January 6, 2021, he "attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder and threatening Congressional officials, and unlawfully remaining in a restricted building without lawful authority and engaging in disorderly and disruptive conduct" in violation of 18 U.S.C. §§ 1512(c)(2) and 2.

2. Count Two must be dismissed as this allegation fails to state an offense, fails to provide Mr. Chansley with adequate notice of what he is charged with, and does not ensure that a grand jury has found sufficient evidence of the necessary elements of the offense in violation of Rule 7(c)(1) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution. More specifically, the indictment fails to state what "official proceeding" and, even more specifically, what "proceeding before Congress" Mr. Chansley allegedly obstructed. This is a critical issue in this case because 18 U.S.C. § 1512(c) only prohibits obstruction of an "official proceeding" related to the administration of justice before a tribunal and not any and all governmental functions such as legislative action by Congress. See United *States v. Ermoian*, 752 F.3d 1165, 1172 (9th Cir. 2013).

WHEREFORE, PREMISES CONSIDERED, Mr. Chansley respectfully requests this Honorable Court dismiss Count Two of the indictment against him and permit him leave to amend and supplement this motion at a later date, if needed.

Date: June 29, 2021                                         Respectfully Submitted,

                                                            KODNER WATKINS

                                                            By: /s/ Albert S. Watkins
                                                              ALBERT S. WATKINS, MO#34553
                                                              1200 South Big Bend Boulevard
                                                              St. Louis, MO 63117
                                                              Phone: (314) 727-9111
                                                              Facsimile: (314) 727-9110
                                                              E-mail: albertswatkins@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that on June 29, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.