UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACOB ANTHONY CHANSLEY,<br><br>*Defendant*. | Case No. 21-cr-3 (RCL) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **DENIES** defendant Jacob Anthony Chansley's motion to reopen his detention hearing and for release from custody, ECF No. 40.

It is **SO ORDERED**.

Date: July 6, 2021

_____
Hon. Royce C. Lamberth
United States District Judge

1