# EXHIBIT A

# Albert Watkins

**From:** Albert Watkins
**Sent:** Thursday, July 01, 2021 11:31 AM
**To:** Kimberly Paschall (USADC)
**Cc:** ▇▇▇▇▇▇▇▇ ; ▇▇▇▇▇▇▇▇
**Subject:** USA v. Chansley [21-112 AE SF]

Dear Ms. Paschall:

During the course of the present case, the Government has produced discovery sporadically. As part of this process, the Government sought and procured a Protective Order with respect to the Discovery. The Government has indicated it will timely produce all "material" discovery. The events of January 6, 2021 were memorialized to an extent rarely, if ever, experienced within the context of federal criminal cases. The Government itself has a wealth of surveillance video footage. Virtually every attendee in and around the Capitol on January 6, 2021 personally chronicled the events using their iPhone or other similar video device. Many of the attendees posted their video on one or more social media platforms. Many held their videos close to their vests resulting in little if any publication. News media outlets from around the world captured video footage. Independent media representative from around the world captured video footage. Intelligence and law enforcement personnel present at the Capitol on January 6, 2021 also captured video footage of events of the day. By the Government's own admission, the Government has an overwhelming amount of video footage of the events of January 6, 2021. During the handlings of January 6 cases, the Government has garnered and continues to garner access to added video footage from, among other sources, the general public and the defendants themselves. Upon information and belief, the Government is not capable of vetting, cataloging and determining materiality of the video footage such as to ensure that disclosure of same is timely made in all cases to which the footage is material for disclosure purposes. The "information and belief" in this regard is a function of my personal knowledge relative to footage given to the Government, familiarity with other January 6 cases both as counsel for other January 6 defendants and as counsel familiar with other counsel representing January 6 defendants and the understanding that the footage provided to the Government does not appear to have been produced to other defendants whose cases warrant similar disclosure by the Government of material evidence.

Is there a single source repository the Government has created to amass all video footage relating to the events of January 6, 2021? If so, kindly consider this to be a formal request for access to same for review to assess materiality to the present case.

Regardless, please confirm with me the specifics of the process by which the Government is determining that which is material and, thus discoverable, in the January 6 cases.

Very truly yours,


Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.

1

St. Louis, MO 63117
Phone: 314-727-9111
Email:

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.