# EXHIBIT C

## Albert Watkins

| | |
|---|---|
| **From:** | Albert Watkins |
| **Sent:** | Sunday, June 20, 2021 1:16 PM |
| **To:** | Paschall, Kimberly (USADC) |
| **Cc:** | Michael Schwade; |
| **Subject:** | USA v. Chansley [21-112 AE SF] |

Dear Ms. Paschall:

I have reviewed all of the discovery produced to date by the Government in the above case.

Please provide me with all evidence in the possession of the Government which supports the allegation set forth in Count Four of the Indictment under which Mr. Chansley is charged, namely that Mr. Chansley "forced' his way into the U.S. Capitol on January 6, 2021.

No such evidence has been produced to date.

After reviewing the evidence, I am unable to identify any person disclosed by the Government in a position to testify regarding the issue of Mr. Chansley having "forced" his way into the U.S. Capitol on January 6, 2021.

Kindly consider this a good faith effort to reconcile this discovery issue short of A FORMAL Motion to Compel.

Very truly yours,


Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

\*\*PRIVACY NOTICE\*\*

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

\*\*SECURITY NOTICE\*\*

1

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

2