# EXHIBIT D

## Albert Watkins

| | |
|---|---|
| **From:** | Albert Watkins |
| **Sent:** | Friday, June 25, 2021 11:18 AM |
| **To:** | 'Paschall, Kimberly (USADC)' |
| **Cc:** | Michael Schwade; |
| **Subject:** | RE: USA v. Chansley [21-112 AE SF] [REQUEST FOR VP MOVEMENT LOGS] |

Dear Ms. Paschall:

I am following up with you regarding the requests relating to my 06-20-2021 email embedded below.

Awaiting the favor of a prompt reply, I remain

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

\*\*PRIVACY NOTICE\*\*

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

\*\*SECURITY NOTICE\*\*

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

1

**From:** Albert Watkins
**Sent:** Sunday, June 20, 2021 10:47 AM
**To:** Paschall, Kimberly (USADC)
**Cc:** Michael Schwade
**Subject:** USA v. Chansley [21-112 AE SF] [REQUEST FOR VP MOVEMENT LOGS]

Dear Ms. Paschall:

As you know, the term "restricted building" is used in multiple counts set forth in the Indictment of Mr. Chansley. The U.S. Code defines "Restricted Building."

As a matter of public record, every movement of the Vice-President of the United States is chronologically logged, setting forth dates, times and locations of movement of a Vice-President. This log is generated in real time by the U.S. Secret Service.

As a matter of public record, the Government has confirmed that on January 6, 2021, the Vice-President was removed from the Capitol to other buildings in the Capitol Complex.

Of course, the exact time and location of movement of the Vice-President on January 6, 2021 is vital and material to the defense of the Defendant herein.

Please provide me with a copy of the Secret Service logs maintained to memorialize the time and location of movement of the Vice-President from 1100 hours (EST) on January 6, 2021 to 1600 hours on January 6, 2021.

I am happy to have this information subject to the most restrictive elements of the protective order issued in this case.

Please consider this a good faith effort to procure the above requested information without the need to cause same to be raised as a matter of public record before the Court.

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are

2

specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

.