# EXHIBIT E

# Albert Watkins

| | |
|---|---|
| **From:** | Andrade, Mariela (USADC) |
| **Sent:** | Monday, June 28, 2021 10:37 AM |
| **To:** | Albert Watkins; Paschall, Kimberly (USADC) |
| **Cc:** | Michael Schwade; |
| **Subject:** | RE: USA v. Chansley [21-112 AE SF] |

Good Morning Mr. Watkins,

I forwarded this request to the Capitol Police and they are still working on approving the below tour stops. I will let you know once I receive a response from them and future tour dates.

Thank you for your patience,
Mariela

**From:** Albert Watkins
**Sent:** Monday, June 28, 2021 11:26 AM
**To:** Andrade, Mariela (USADC) ; Paschall, Kimberly (USADC)
**Cc:** Michael Schwade ;
**Subject:** RE: USA v. Chansley [21-112 AE SF]

Ms. Andrade:

Following up on the above case, please advise as to whether the previously requested Capitol Tour supplemental visit (embedded below) can be voluntarily arranged?

Thank you.

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are

specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

From: Albert Watkins
Sent: Thursday, June 17, 2021 7:32 AM
To: 'Andrade, Mariela (USADC)'; Paschall, Kimberly (USADC)
Cc: Michael Schwade
Subject: RE: USA v. Chansley [21-112 AE SF]

Thank you Ms. Andrade.

I am flexible on scheduling and anticipate the specific examination (if allowed) would take less than twenty minutes in the aggregate.

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-

Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

**From:** Andrade, Mariela (USADC)
**Sent:** Wednesday, June 16, 2021 2:43 PM
**To:** Paschall, Kimberly (USADC)                                    ; Albert Watkins
**Cc:** Michael Schwade
**Subject:** RE: USA v. Chansley [21-112 MM SF]

Good afternoon all,

I will make the below inquiries.

Thank you,
Mariela

**From:** Paschall, Kimberly (USADC)
**Sent:** Wednesday, June 16, 2021 3:15 PM
**To:** Albert Watkins                    ; Andrade, Mariela (USADC)
**Cc:** Michael Schwade
**Subject:** RE: USA v. Chansley [21-112 MM SF]

Mr. Watkins,

Glad you were able to make the tour. I am cc'ing Mariela Andrade, who is in charge of all coordination of the Capitol tours and may be able to assist with your below requests. We are, of course, beholden to the policies and procedures of the Capitol Police, so I cannot state with any certainty that the below requests can be accommodated. But, we can make the inquiry.

Mariela,

Please see below from Mr. Watkins.

Many thanks,

Kim

**Kimberly Paschall**
**Assistant United States Attorney**
**U.S. Attorney's Office- District of Columbia**
**555 Fourth Street NW**
**Washington, DC 20530**

**From:** Albert Watkins
**Sent:** Wednesday, June 16, 2021 3:11 PM
**To:** Paschall, Kimberly (USADC)
**Cc:** Michael Schwade
**Subject:** USA v. Chansley [21-112 MM SF]

Dear Ms. Paschall:

I attended the Memorial Day Tour of the Capitol.

Per the instructions provided to me prior to the Tour, I attempted after the Tour to address the need to garner access to a part of the Capitol I was not permitted to view/see/visit during the Tour. Unfortunately, the conclusion of the Tour did not accord me the opportunity to address my need in this regard with anyone in a position of authority professing knowledge of the protocol I should follow.

With respect to Mr. Chansley, I have shared with you video footage of Mr. Chansley's thwarting of a muffin theft from the break room. I request to access the break room. My request was denied. Looking into the break room from the hall where I was permitted to stand, I was able to see a sign reflecting video monitoring of the break room. I have not received any surveillance video depicting the incident involving Mr. Chansley relative to the muffin theft thwarting.

I would like access to the break room in question.

I would like a copy of the surveillance video footage depicting Mr. Chansley's thwarting of the muffin theft.

I also was unable to observe from the interior of the Senate floor the inside of the door into the Senate Chamber from the exterior hall. I was only able to look down from a designated portion of the gallery which, as I am sure you are aware, hangs over the area where the door into the chamber rests.

I would access to the interior of the Senate Chamber for examination and inspection of that door and, for obvious reasons, the desk at which Mr. Chansley is observed on footage to be writing a note to the then Vice-President.

Please advise.

Thank you.

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117

Phone: 314-727-9111
Email: ███████████████

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.