# EXHIBIT F

## Albert Watkins

| | |
|---|---|
| From: | Albert Watkins |
| Sent: | Friday, June 25, 2021 11:35 AM |
| To: | 'Paschall, Kimberly (USADC)' |
| Cc: | Michael Schwade; |
| Subject: | RE: USA v. Chansley [21-112 AE SF] Trump 01-06-2021 Ellipse Speech Transcript Stipulation Request |

Dear Ms. Paschall:

Please confirm with me the position of the Government in response to my request that the Government stipulate to the transcript of 01-06-2021 speech presented by then President Trump at the Ellipse as reflected in the Government's widely released "Examining the U.S. Capitol Attack" ("Report").

A copy of my original June 20, 2021 email request in this regard is embedded below for your ease of reference.

Thank you for your continued attention to this matter.

Very truly yours,

Albert S. Watkins, LC
Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email:

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected

to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.


**From:** Albert Watkins
**Sent:** Sunday, June 20, 2021 1:50 PM
**To:** Paschall, Kimberly (USADC)
**Cc:** Michael Schwade
**Subject:** USA v. Chansley [21-112 AE SF] Trump 01-06-2021 Ellipse Speech Transcript Stipulation Request

Dear Ms. Paschall:

As you know, the Government, by and through U.S. Senators Gary Peters (D-MI) and Rob Portman (R-OH), Chairman and Ranking Member of the Homeland Security and Governmental Affairs Committee, and Amy Klobuchar (D-MN) and Roy Blunt (R-MO), Chairwoman and Ranking Member of the Committee on Rules and Administration, released a bipartisan report on the security, planning, and response failures related to the visit by hundreds of thousands to the Capitol in Washington, D.C. on January 6, 2021 at the request of then President Trump.

The report also includes a series of recommendations for the Capitol Police Board, United States Capitol Police (USCP), federal intelligence agencies, the Department of Defense (DOD), and other Capital region law enforcement agencies.

The report was titled "Examining the U.S. Capitol Attack" ("Report"). It has been widely released by the Government.

A transcript of the January 6, 2021 speech presented by then President Trump at the Ellipse in Washington, D.C. is attached as an exhibit to the Report ("Trump Ellipse Speech Transcript").

Please confirm with me the agreement of the Government to stipulate to the accuracy of the Trump Ellipse Speech Transcript so as to avoid the need for either the Government or the Defendant to lay the foundation for the transcript to be entered into evidence at the time of trial of the present cause.

I am requesting the commitment of the Government in this regard to obviate the need to subpoena certain former high ranking elected officials to testify in the present case.

I appreciate the favor of a promptly reply to this request so as to avoid unnecessary expenditures by the Government to challenge that which the Government has already published.

Please consider this correspondence a good faith attempt to reconcile this important foundation issue.

Very truly yours,

Albert S. Watkins, LC

Watkins LLC, dba
Kodner Watkins
1200 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: 314-727-9111
Email: [redacted]

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Watkins LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.