UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-003 (RCL) |
| v. | : | |
| | : | |
| JACOB CHANSLEY, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION FOR BRIEFING SCHEDULE AND
EXTENSION OF TIME TO RESPOND

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, hereby respectfully submits this motion for briefing schedule from the Court and for an extension of time to respond to pending motions.

On June 29, 2021, defense counsel filed a Motion to Dismiss Count Two of the Indictment (ECF No. 54) and a Motion for Bill of Particulars (ECF No. 55). On July 6, 2021, defense counsel filed a Motion to Compel Discovery (ECF No. 58). To conserve the Court and the government's resources, and to ensure adequate time to respond to all pleadings in this matter, the government requests a briefing schedule from this Court. Also, the government requests an extension of time from the proscribed 14 days pursuant to Local Criminal Rule 47, to respond to the Motion to Dismiss (ECF No. 54) and the Motion for Bill of Particulars (ECF No. 55).

The government has conferred with defense counsel and he consents to this motion.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY

/s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov