IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB CHANSLEY, | ) | |
| | ) | Cause No.: 1:21-cr-00003 |
| Defendant | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

    COMES NOW Defendant, by and through his counsel of record, and requests leave of Court to file under seal a Motion, the subject matter of which was addressed informally.

    This request is compliant with the suggestion of the Court.

    WHEREFORE, Defendant prays this Honorable Court grant permission to Defendant's counsel to file under seal the Motion more fully discussed informally.

Respectfully Submitted,

KODNER WATKINS

By: /s/ Albert S. Watkins
  ALBERT S. WATKINS, MO#34553
  1200 South Big Bend Boulevard
  St. Louis, MO 63117
  Phone: (314) 727-9111
  Facsimile: (314) 727-9110
  E-mail: albertswatkins@kwklaw.net

## CERTIFICATE OF SERVICE

    Signature above is also certification that on July 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.