IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) vs. | |
| ) | |
| ) | |
| JACOB CHANSLEY, ) | |
| )   Cause No.: 1:21-cr-00003 | |
| Defendant ) | |
| ) | |

**DEFENDANT'S CONSENT TO UNSEALING OF MEMORANDUM OPINION AND ORDER**

COMES NOW Defendant, Jacob A. Chansley, by and through his undersigned counsel, and hereby consents to the unsealing of the September 9, 2021 Memorandum Opinion and Order entered by the Court herein [72].

Respectfully Submitted,

KODNER WATKINS

By: /s/ Albert S. Watkins
ALBERT S. WATKINS, MO#34553
1200 South Big Bend Boulevard
St. Louis, MO 63117
Phone: (314) 727-9111
Facsimile: (314) 727-9110
E-mail: albertswatkins@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that on September 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.