**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CR. NO. 21-CR-003 (RCL)** |
| **v.** | : | |
| | : | |
| **JACOB ANTHONY CHANSLEY,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO SENTENCING EXHIBITS

The United States of America hereby provides notice that it submitted the following

video exhibits to the Government's Sentencing Memorandum via disc and USAFx folder to

Chambers in the above captioned matter:

Exhibit 1: Cellphone video from rioter on West front
Exhibit 2: Capitol CCTV West front stairs leading to Upper West Terrace
Exhibit 3: Cellphone video from rioter at entrance to Senate Wing door
Exhibit 4: Capitol CCTV Senate Wing door
Exhibit 5: Capitol CCTV Senate stairway to landing
Exhibit 6: Capitol CCTV Senate gallery entrance
Exhibit 7: Clip from The New Yorker with defendant Chansley in Senate gallery
Exhibit 8: Cellphone video from rioter with defendant Chansley in Senate gallery
Exhibit 9: Clip from The New Yorker with defendant Chansley sitting on Senate dais
Exhibit 10: Clip from The New Yorker with defendant Chansley writing note
Exhibit 11: Clip from The New Yorker with defendant Chansley giving invocation to other rioters
Exhibit 12: Body Worn Camera from officer removing defendant Chansley from the Capitol

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:      /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Federal Major Crimes Section

D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov