IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| JACOB CHANSLEY, ) | |
| ) | Cause No.: 1:21-cr-00003 |
| Defendant ) | |
| ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM UNDER SEAL

COMES NOW Defendant, by and through his counsel of record, and requests leave of Court to file under seal a filing memorandum consisting of one exhibit:

Exhibit D: Supplemental Letters of Support (with personal identifying information).

WHEREFORE, Defendant prays this Honorable Court grant permission to Defendant's counsel to file under seal the memorandum.

Respectfully Submitted,

KODNER WATKINS

By: /s/ Albert S. Watkins
ALBERT S. WATKINS, MO#34553
1200 South Big Bend Boulevard
St. Louis, MO 63117
Phone: (314) 727-9111
Facsimile: (314) 727-9110
E-mail: albertswatkins@kwklaw.net

## CERTIFICATE OF SERVICE

Signature above is also certification that on November 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.