IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| JACOB CHANSLEY, ) | |
| ) | Cause No.: 1:21-cr-00003 |
| Defendant ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENT TO MOTION UNDER SEAL**

COMES NOW Defendant, by and through his counsel of record, and requests leave of Court to file under seal a Supplement to the Motion to Confirm Representation of Defendant filed by the undersigned of this same date, and for correction purposes.

WHEREFORE, Defendant prays this Honorable Court grant permission to Defendant's counsel to file under seal the motion.

Respectfully Submitted,

KODNER WATKINS

By: /s/ Albert S. Watkins
 ALBERT S. WATKINS, MO#34553
 1200 South Big Bend Boulevard
 St. Louis, MO 63117
 Phone: (314) 727-9111
 Facsimile: (314) 727-9110
 E-mail: albertswatkins@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that on November 24, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.