UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JACOB ANTHONY CHANSLEY,**<br><br>*Defendant.* | Case No. 1:21-cr-003 (RCL) |

## ORDER

This Court hereby **ORDERS** that a status conference be set on November 29th at 2:00PM. The status conference will proceed with defendant Jacob Chansley and all purported counsel, including John M. Pierce and Albert Watkins, in attendance. In light of the approaching procedural deadline imposed by Federal Rule of Appellate Procedure 4(b)(1)(A)(i), the status conference is necessary to confirm defendant's counsel of record.

It is **SO ORDERED**.

Date: November 24, 2021

Hon. Royce C. Lamberth
United States District Judge