UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00003 (RCL) |
| ) | |
| JACOB CHANSLEY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
WILLIAM L. SHIPLEY**

Pursuant to Local Civil Rule 83.2(d), John M. Pierce, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission pro hac vice of William L. Shipley in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. William L. Shipley is an attorney with Law Office of William L. Shipley & Associates, located at P.O. Box 745, Kailua, HI 96734. Mr. Shipley resides in Kailua, Hawaii where he practices remotely.

3. As set forth in the attached declaration, William L. Shipley is an active member in good standing of the state bar of Hawaii (9066).

4. William L. Shipley does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting William L. Shipley to appear *pro hac vice* in the above-captioned case.

Dated: November 26, 2021			/s/ John M. Pierce
				John M. Pierce
				355 S. Grand Avenue, 44th Floor
				Los Angeles, CA 90071
				Tel: (213) 262-9333
				jpierce@piercebainbridge.com

				*Attorneys for Defendant James Burton McGrew*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 26, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce

## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00003 (RCL) |
| ) | |
| **JACOB CHANSLEY,** ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF WILLIAM L. SHIPLEY IN SUPPORT FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, William L. Shipley, hereby certify under penalty of perjury that the following is true and correct:

1. I am the managing partner with the Law Office of William L. Shipley & Associates, located at P.O. Box 745, Kailua, HI 96734, tel: (808) 228-1341. I reside in Kailua, Hawaii where I practice remotely.

2. I am an active member in good standing of the state bar of Hawaii (SBN 9066).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5. During the past two years, I have applied for admission *pro hac vice* in this Court only in three other matters. Those matters are *United States v. James McGrew*, Crim. No. 1:21-cr-00398-BAH, *United States v. Leo Brent Bozell*, Crim. No. 1:21-cr-00216-JDB, and *United States v. Jeffrey Sabol*, Crim. No. 21-cr-00035-EGS.

6. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: November 26, 2021

s/ William L. Shipley
William L. Shipley
**LAW OFFICE OF WILLIAM L. SHIPLEY & ASSOCIATES**
P.O. Box 745
Kailua, HI 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00003 (RCL) |
| | ) | |
| **JACOB CHANSLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of William L. Shipley, Law Office of William L. Shipley & Associates, it is hereby ORDERED that the Motion is GRANTED.  William L. Shipley is admitted *pro hac vice* and may appear on behalf of Defendant Jacob Chansley in the above-captioned matter.

Dated:_____, 2021

_____
United States District Judge