UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 21-cr-003 (RCL) |
| ) | |
| JACOB CHANSLEY,           ) | |
| ) | |
| Defendant.                ) | |

### DEFENDANT'S MOTION TO ALLOW
### THE UNDERSIGNED ATTORNEY TO PARTICIPATE VIA ZOOM

Counsel for Defendant, Jacob Chansley, John Pierce, respectfully submits this motion in response to the Court's Order on November 24, 2021. The undersigned requests to participate by Zoom for the motion hearing, scheduled for November 29, 2021, at 2:00 pm.

As grounds for the motion, the undersigned attorney lives in Los Angeles California.

Should the Court deny Defendant's motion, the undersigned attorney would request to be able to call into the motion hearing and be on stand-by should the Court have any questions for the undersigned attorney, with another California Licensed Attorney in the firm being present.

Date: November 26, 2021                                    Respectfully Submitted,

*John M. Pierce*
_____
John M. Pierce
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant Jacob Chansley*

1

**CERTIFICATE OF SERVICE**

    I, John M. Pierce, hereby certify that on this day, November 26, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                /s/ John M. Pierce
                                                John M. Pierce