UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB ANTHONY CHANSLEY,<br><br>*Defendant*. | Case No. 1:21-cr-003 (RCL) |

### ORDER

Before the Court is defendant's motion to admit William L. Shipley *pro hac vice* [101]. Local Civil Rule 83.2(d) instructs that any attorney seeking to appear *pro hac vice* must file a motion setting forth, among other things, a list of *all* bars to which the attorney has been admitted. This Court has reason to believe that Mr. Shipley was admitted to the State Bar of California in 1998. The Court hereby **ORDERS** defendant to supplement his motion with a list of all bars to which Mr. Shipley has been admitted. The Court further **ORDERS** defendant to supplement his motion with an explanation as to why Mr. Shipley is not eligible to practice law in California.

It is **SO ORDERED**.

Date: November 29, 2021

Hon. Royce C. Lamberth
United States District Judge