UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-003 (RCL) |
| ) | |
| JACOB CHANSLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Jacob Chansley, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence issued by the United States District Court for the District of Columbia.

Date: November 30, 2021                                    Respectfully Submitted,

*John M. Pierce*
*355 S. Grand Avenue, 44th Floor*
*Los Angeles, CA 90071*
*Tel: (213) 400-0725*
*Email: jpierce@piercebainbridge.com*

*Attorney for Defendant Jacob Chansley*

1

**<u>CERTIFICATE OF SERVICE</u>**

     I, John M. Pierce, hereby certify that on this day, November 30, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                           */s/ John M. Pierce*
                                           *John M. Pierce*