APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00003−RCL</u>−1

Case title: USA v. CHANSLEY

Magistrate judge case number:  1:21−mj−00018−GMH *SEALED*

Date Filed: 01/11/2021

Assigned to: Judge Royce C. Lamberth

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **JACOB ANTHONY CHANSLEY** <br> *also known as* <br> JAKE ANGELI <br> *also known as* <br> JACOB ANGELI | represented by | **John M. Pierce** <br> PIERCE BAINBRIDGE P.C. <br> 355 South Grand Ave., 44th Floor <br> Los Angeles, CA 90071 <br> (213) 400−7125 <br> Email: <u>jpierce@piercebainbridge.com</u> <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> Designation: Retained |
| | | **Albert S Watkins** <br> KODNER WATKINS, LC <br> 7733 Forsyth Boulevard <br> Suite 600 <br> Clayton, MO 63105 <br> 314−727−9111 <br> Fax: 314−727−9110 <br> Email: <u>albertswatkins@kwklaw.net</u> <br> *TERMINATED: 11/29/2021* <br> Designation: Retained |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (1) | Dismissed |
| 18:1512(c)(2); TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding (2) | Defendant sentenced to the custody of the Bureau of Prisons for a term 41 months with credit for time served. Defendant further sentenced to serve a 36 month term of supervised release. Defendant further ordered to pay a $100 special assessment. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE | Dismissed |

1

PRESIDENT; Entering and
Remaining in a Restricted
Building
(3)

| | |
|---|---|
| 18:1752(a)(2); TEMPORARY<br>RESIDENCE OF THE<br>PRESIDENT; Disorderly and<br>Disruptive Conduct in a Restricted<br>Building<br>(4) | Dismissed |
| 40:5104(e)(2)(A); FEDERAL<br>STATUTES, OTHER; Violent<br>Entry and Disorderly Conduct in a<br>Capitol Building<br>(5) | Dismissed |
| 40:5104(e)(2)(G); FEDERAL<br>STATUTES, OTHER; Parading,<br>Demonstrating, or Picketing in a<br>Capitol Building<br>(6) | Dismissed |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of<br>18 U.S.C. 1752(a)(1) and (2); 40<br>U.S.C. 5104(e)(2)(A) and (G) | |

**Movant**

**DON HAMRICK**
322 Rouse Street
Kensett, AR 72082

**Plaintiff**

**USA**                                  represented by **Kimberly Louise Paschall**
                                         U.S. ATTORNEY'S OFFICE
                                         555 Fourth Street, NW
                                         Washington, DC 20530
                                         (202) 252–2650
                                         Email: kimberly.paschall@usdoj.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/08/2021 | 1 | | SEALED COMPLAINT as to JACOB ANTHONY CHANSLEY (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21–mj–00018–GMH *SEALED*] (Entered: 01/08/2021) |
| 01/09/2021 | | | Arrest of JACOB ANTHONY CHANSLEY in US District Court for the District of Arizona– Phoenix. (bb) (Entered: 02/16/2021) |
| 01/11/2021 | 3 | | INDICTMENT as to JACOB ANTHONY CHANSLEY (1) count(s) 1, 2, 3, 4, 5, 6. (bb) (Entered: 01/12/2021) |
| 01/12/2021 | | | Case unsealed as to JACOB ANTHONY CHANSLEY. (ztnr) (Entered: 01/12/2021) |
| 01/19/2021 | 11 | | Rule 5(c)(3) Documents Received as to JACOB ANTHONY CHANSLEY from US District Court for the District of Arizona– Phoenix Case Number 21–mj–5000 (bb) (Entered: 02/16/2021) |
| 01/28/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: Arraignment set for 1/29/2021 at 02:30 PM before Judge Royce C. Lamberth. The hearing will proceed by videoconferencing for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the Arraignment. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website.Toll Free Number: 888–636–3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 1/28/2021. (lcrcl3) (Entered: 01/28/2021) |
| 01/29/2021 | | | Minute Entry for video Arraignment held before Judge Royce C. Lamberth as to JACOB ANTHONY CHANSLEY on 1/29/2021. Defendant arraigned on Counts 1,2,3,4,5 and 6 of the Indictment and enters of Plea of Not Guilty as to all Counts. Defendant further waives the formal reading of the Indictment. Status Conference set for 3/5/2021 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 1/29/2021 through 3/5/2021. Bond Status of Defendant: remains committed. Court Reporter: Cathryn Jones; Defense Attorney: Albert Watkins; US Attorney: Kimberly Paschall; Pretrial Officer: DaShanta Valentine–Lewis. (lsj) (Entered: 01/29/2021) |
| 02/03/2021 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Albert S Watkins appearing for JACOB ANTHONY CHANSLEY (bb) (Entered: 02/03/2021) |
| 02/03/2021 | 6 | | Emergency MOTION for Sustenance or in the Alternative, For Pre–Trial Release by JACOB ANTHONY CHANSLEY. (Attachments: # 1 Exhibit A, # |

| | | | |
|---|---|---|---|
| | | | 2 Exhibit B)(bb) (Entered: 02/03/2021) |
| 02/03/2021 | 7 | | Memorandum in Opposition by USA as to JACOB ANTHONY CHANSLEY re 6 MOTION Sustenance or in the Alternative, For Pre–Trial Release (Attachments: # 1 Exhibit Order of Detention)(Paschall, Kimberly) (Entered: 02/03/2021) |
| 02/03/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: Hearing on defendant's Motion 6 for Sustenance or, in the alternative, for Pre–Trial Release set for 2/3/2021 at 03:30 PM before Judge Royce C. Lamberth. The hearing will proceed by videoconferencing for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website.Toll Free Number: 888–636–3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 2/3/2021. (lcrcl3) (Entered: 02/03/2021) |
| 02/03/2021 | | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Motion Hearing as to JACOB ANTHONY CHANSLEY (1) held on 2/3/2021 re 6 MOTION Sustenance or in the Alternative, For Pre–Trial Release filed by JACOB ANTHONY CHANSLEY. Oral arguments heard. Order forthcoming. Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Nancy Meyers; Defense Attorney: Albert S Watkins; US Attorney: Kimberly Louise Paschall; Pretrial Officer: Andre Sidbury;Witnesses: Albert Watkins, Stephanie Litos, and Eric Glover. (nbn) (Entered: 02/03/2021) |
| 02/03/2021 | 8 | | MEMORANDUM ORDER granting 6 Motion for religious accommodation as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 2/3/2021. (lcrcl3) (Entered: 02/03/2021) |
| 02/04/2021 | 9 | | MEMORANDUM as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 2/4/2021. (lcrcl3) (Entered: 02/04/2021) |
| 02/09/2021 | 10 | | TRANSCRIPT OF PROCEEDINGS in case as to JACOB ANTHONY CHANSLEY before Judge Royce C. Lamberth held on 02/03/2021. Page Numbers: 1–20. Date of Issuance: 02/04/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Tape Number: N/A. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 3/2/2021. Redacted Transcript Deadline set for 3/12/2021. Release of Transcript Restriction set for 5/10/2021.(Meyer, Nancy) (Entered: 02/09/2021) |
| 02/23/2021 | 12 | | MOTION for Release from Custody *for Pretrial Release* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 02/23/2021) |
| 02/24/2021 | 13 | | NOTICE *of Hearing on Motion for Pretrial Release* by JACOB ANTHONY CHANSLEY (Watkins, Albert) (Entered: 02/24/2021) |
| 02/24/2021 | 14 | | ORDER as to JACOB ANTHONY CHANSLEY: The government is hereby directed to respond to defendant's motion 12 for pre−trial release by 3/1/2021. Any reply shall be filed no later than 2:00 PM on 3/4/2021. Signed by Judge Royce C. Lamberth on 2/24/2021. (lcrcl3) (Entered: 02/24/2021) |
| 02/26/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY. In order to accommodate the Alexandria Detention Center, the Status Conference/Detention Hearing set for 3/5/2021 at 10:00 AM before Judge Royce C. Lamberth is hereby rescheduled to 3/5/2021 at 03:00 PM. The hearing will proceed by videoconferencing for the parties and by telephone for members of the public. Pursuant to Standing Order 20−20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20−20 (BAH), available on the Court's website.Toll Free Number: 888−636−3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 2/26/2021. (lcrcl3) (Entered: 02/26/2021) |
| 02/27/2021 | 15 | | ENTERED IN ERROR.....MOTION for Discovery *Letter to AUSA* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) Modified on 3/1/2021 (zhsj). (Entered: 02/27/2021) |
| 02/27/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to JACOB ANTHONY CHANSLEY re 15 MOTION for Discovery *Letter to AUSA was entered in error and counsel was instructed to refile said pleading. Document is to be filed as a Notice of Filing with this letter as an attachment. (zhsj) (Entered: 03/01/2021)* |
| 03/01/2021 | 16 | | NOTICE *of Filing* by JACOB ANTHONY CHANSLEY (Watkins, Albert) (Entered: 03/01/2021) |
| 03/01/2021 | 17 | | Memorandum in Opposition by USA as to JACOB ANTHONY CHANSLEY re 12 MOTION for Release from Custody *for Pretrial Release* (Paschall, Kimberly) (Entered: 03/01/2021) |
| 03/04/2021 | 18 | | REPLY TO OPPOSITION to Motion by JACOB ANTHONY CHANSLEY re 12 MOTION for Release from Custody *for Pretrial Release* (Watkins, Albert) (Entered: 03/04/2021) |
| 03/05/2021 | | | Minute Entry for video Motion (Detention) Hearing held before Judge Royce C. Lamberth as to JACOB ANTHONY CHANSLEY on 3/5/2021. Oral arguments submitted on Defendant's Motion 12 for Release from Custody for Pretrial Release. Motion taken under advisement; forthcoming Order. Bond Status of Defendant: remains committed. Court Reporter: Nancy Meyer; Defense Attorney: Albert S. Watkins; US Attorney: Kimberly Louise Paschall. (lsj) (Entered: 03/05/2021) |

| 03/05/2021 | 19 | | ORDER as to JACOB ANTHONY CHANSLEY: The Clerk of Court is hereby directed to file the attached document on the docket for this case. Signed by Judge Royce C. Lamberth on 3/5/2021. (Attachments: # 1) (lcrcl3) (Entered: 03/05/2021) |
|---|---|---|---|
| 03/05/2021 | 20 | | ENTERED IN ERROR..... MOTION for Protective Order by USA as to JACOB ANTHONY CHANSLEY. (Attachments: # 1 Text of Proposed Order Protective Order for Sensitive Materials re Capitol Investigation)(Paschall, Kimberly) Modified on 3/20/2021 (bb). (Entered: 03/05/2021) |
| 03/05/2021 | 21 | | MOTION for Protective Order by USA as to JACOB ANTHONY CHANSLEY. (Attachments: # 1 Text of Proposed Order Protective Order for Sensitive Materials re Capitol Investigation)(Paschall, Kimberly) (Entered: 03/05/2021) |
| 03/05/2021 | 22 | | RESPONSE by JACOB ANTHONY CHANSLEY re 20 MOTION for Protective Order , 21 MOTION for Protective Order *Consent* (Watkins, Albert) (Entered: 03/05/2021) |
| 03/05/2021 | 23 | | SURREPLY by USA as to JACOB ANTHONY CHANSLEY re 12 MOTION for Release from Custody *for Pretrial Release* (Paschall, Kimberly) Modified event title on 3/22/2021 (znmw). (Entered: 03/05/2021) |
| 03/05/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to JACOB ANTHONY CHANSLEY re 20 MOTION for Protective Order was entered in error and counsel was instructed to refile said pleading. The corrected document is filed at DE #21. (bb) (Entered: 03/20/2021) |
| 03/08/2021 | 24 | | ORDER granting 21 Motion for Protective Order as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 3/8/2021. (lcrcl3) (Entered: 03/08/2021) |
| 03/08/2021 | 25 | | MEMORANDUM OPINION as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 3/8/2021. (lcrcl3) (Entered: 03/08/2021) |
| 03/08/2021 | 26 | | ORDER denying 12 Motion for Release from Custody as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 3/8/2021. (lcrcl3) (Entered: 03/08/2021) |
| 03/08/2021 | 27 | | ORDER to Show Cause. The Government shall respond no later than 3/15/2021. Signed by Judge Royce C. Lamberth on 3/8/2021. (lcrcl3) (Entered: 03/08/2021) |
| 03/10/2021 | 28 | | TRANSCRIPT OF PROCEEDINGS in case as to JACOB ANTHONY CHANSLEY before Judge Royce C. Lamberth held on 03/05/2021. Page Numbers: 1−37. Date of Issuance: 03/08/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | | |
|---|---|---|---|
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 3/31/2021. Redacted Transcript Deadline set for 4/10/2021. Release of Transcript Restriction set for 6/8/2021.(Meyer, Nancy) (Entered: 03/10/2021) |
| 03/15/2021 | 29 | | RESPONSE TO ORDER TO SHOW CAUSE by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 03/15/2021) |
| 03/15/2021 | 30 | | ORDER as to JACOB ANTHONY CHANSLEY: In light of the government's response 29 to the Court's Order 27 to Show Cause, the Clerk of Court is hereby directed to post the two video Exhibits referenced in the Court's Memorandum Opinion 25 denying defendant's motion 12 for pre−trial release on the Court's website in a location accessible by members of the public. Signed by Judge Royce C. Lamberth on 3/15/2021. (lcrcl3) (Entered: 03/15/2021) |
| 03/17/2021 | 31 | | MOTION to Continue *and Exclude Time under The Speedy Trial Act* by USA as to JACOB ANTHONY CHANSLEY. (Paschall, Kimberly) (Entered: 03/17/2021) |
| 03/17/2021 | 33 | | MOTION to Exclude Time Under the Speedy Trial Act by USA as to JACOB ANTHONY CHANSLEY. (See DE 31 to view document). (bb) (Entered: 03/20/2021) |
| 03/19/2021 | 32 | | RESPONSE by JACOB ANTHONY CHANSLEY re 31 MOTION to Continue *and Exclude Time under The Speedy Trial Act* (Watkins, Albert) (Entered: 03/19/2021) |
| 03/19/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: Status Conference set for 5/21/2021 at 10:00 AM in Telephonic/VTC before Judge Royce C. Lamberth. The Court accepts defendant's waiver of the period from March 5, 2021 through May 21, 2021, inclusive, from the Speedy Trial Act calculation, as noted in defendant's response 32 to the government's motion 31 to continue and exclude time. Signed by Judge Royce C. Lamberth on 3/19/2021. (lcrcl3) (Entered: 03/19/2021) |
| 03/30/2021 | 34 | | LEAVE TO FILE DENIED− Amicus Brief filed by Don Hamrick as to JACOB ANTHONY CHANSLEY This document is unavailable as the Court denied its filing. "Leave to file Denied. This requires a motion for leave to file that is served on the U.S. Attorney and counsel for the defendant so they may consent or oppose". Signed by Judge Royce C. Lamberth on 3/30/2021. (bb) (Entered: 04/06/2021) |
| 04/22/2021 | 35 | | MOTION for Order Disclose 6(e) and Sealed Materials by USA as to JACOB ANTHONY CHANSLEY. (Paschall, Kimberly) (Entered: 04/22/2021) |
| 04/22/2021 | 36 | | MOTION for Order Disclose 6(e) and Sealed Materials by USA as to JACOB ANTHONY CHANSLEY. (Paschall, Kimberly) (Entered: 04/22/2021) |

| 04/27/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: To accommodate the Jail, the status conference set for 5/21/2021 at 10:00 AM is hereby VACATED and rescheduled to 5/21/2021 at 12:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 4/27/2021. (lcrcl3) (Entered: 04/27/2021) |
|---|---|---|---|
| 04/27/2021 | 37 | | ORDER granting 36 Motion to disclose items protected by Federal Rule of Civil Procedure 6(e) as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 4/27/2021. (lcrcl3) (Entered: 04/27/2021) |
| 05/20/2021 | 38 | | NOTICE of Discovery by USA as to JACOB ANTHONY CHANSLEY (Attachments: # 1 Notice to Counsel/Party Discovery Letter #1)(Paschall, Kimberly) (Entered: 05/20/2021) |
| 05/21/2021 | 39 | | ORDER as to JACOB ANTHONY CHANSLEY directing that a psychological examination be conducted. Signed by Judge Royce C. Lamberth on 5/21/2021. (lcrcl3) (Entered: 05/21/2021) |
| 05/21/2021 | | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Status Conference as to JACOB ANTHONY CHANSLEY (1) held on 5/21/2021. Oral motion by Defense for a Psychological Examination of the defendant, HEARD and GRANTED. The Court also finds that beginning May 21, 2021, and until further ORDER of the Court, Speedy Trial calculation is excluded for Competency/Capacity Examination (XA). Excludable started as to JACOB ANTHONY CHANSLEY (1). Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Lorraine Herman; Defense Attorney: Albert Watkins; US Attorney: Kim Paschall. (nbn) (Entered: 05/21/2021) |
| 05/26/2021 | 40 | | MOTION for Release from Custody by JACOB ANTHONY CHANSLEY. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Watkins, Albert) (Entered: 05/26/2021) |
| 05/26/2021 | 41 | | MOTION for Leave to File Amicus Curiae Brief re JACOB ANTHONY CHANSLEY by DON HAMRICK. "Let this be filed as a Motion for Leave to File Amicus Curiae Brief" by Judge Royce C. Lamberth on 5/26/2021. (bb) (Entered: 05/26/2021) |
| 05/26/2021 | 43 | | MOTION to Reopen Detention Hearing by JACOB ANTHONY CHANSLEY. (See Docket Entry 40 to view document). (znmw) (Entered: 06/03/2021) |
| 05/27/2021 | 42 | | ORDER as to JACOB ANTHONY CHANSLEY: The Government shall respond to Defendant's motion 40 to reopen the detention hearing and for pre–trial release by 6/4/2021. Any reply shall be filed by 6/11/2021. Signed by Judge Royce C. Lamberth on 5/27/2021. (lcrcl3) (Entered: 05/27/2021) |
| 05/27/2021 | | | Set/Reset Deadlines as to JACOB ANTHONY CHANSLEY: Responses due by 6/4/2021. Replies due by 6/11/2021. (nbn) (Entered: 05/28/2021) |
| 06/04/2021 | 44 | | Memorandum in Opposition by USA as to JACOB ANTHONY CHANSLEY re 40 MOTION for Release from Custody (Paschall, Kimberly) (Entered: 06/04/2021) |
| 06/07/2021 | 45 | | STATUS REPORT by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 06/07/2021) |

| 06/11/2021 | 46 | | REPLY in Support by JACOB ANTHONY CHANSLEY re 43 MOTION for Hearing, 40 MOTION for Release from Custody (Watkins, Albert) (Entered: 06/11/2021) |
| 06/11/2021 | 47 | | ORDER as to JACOB ANTHONY CHANSLEY: The parties shall file supplemental briefing on defendant's motion 40 for pre−trial release to address the issue of defendant's risk of flight. Defendant's supplemental brief due by 6/16/2021. Government's response due by 6/21/2021. Defendant's reply due by 6/24/2021. Signed by Judge Royce C. Lamberth on 6/11/2021. (lcrcl3) (Entered: 06/11/2021) |
| 06/15/2021 | 48 | | SUPPLEMENT by JACOB ANTHONY CHANSLEY re 47 Order,, Set Deadlines, (Watkins, Albert) (Entered: 06/15/2021) |
| 06/16/2021 | 49 | | STATUS REPORT by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 06/16/2021) |
| 06/21/2021 | 50 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to JACOB ANTHONY CHANSLEY. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support Supplement to Opposition to Bond Review, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2)(Paschall, Kimberly) (Entered: 06/21/2021) |
| 06/22/2021 | 51 | | REPLY re 48 SUPPLEMENT by JACOB ANTHONY CHANSLEY re 44 Memorandum in Opposition (Watkins, Albert) Modified event title on 6/24/2021 (znmw). (Entered: 06/22/2021) |
| 06/23/2021 | 52 | | ORDER granting in part and denying in part 50 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to JACOB ANTHONY CHANSLEY (1). ECF No. 50−3 shall remain SEALED. The Clerk of Court shall UNSEAL ECF Nos. 50, 50−1 & 50−2. Signed by Judge Royce C. Lamberth on 6/23/2021. (lcrcl3) (Entered: 06/23/2021) |
| 06/26/2021 | 53 | | STATUS REPORT by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 06/26/2021) |
| 06/29/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: A hearing on defendant's motion 40 for release from custody is hereby set for 6/30/2021 at 03:00 PM EST in Telephonic/VTC before Judge Royce C. Lamberth. Pursuant to Standing Order 20−20 (BAH), the Court will provide public access via telephone to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20−20 (BAH), available on the Court's website. Toll Free Number: 888−636−3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 6/29/2021. (lcrcl3) (Entered: 06/29/2021) |
| 06/29/2021 | 54 | | MOTION to Dismiss Count *Two* by JACOB ANTHONY CHANSLEY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(Watkins, Albert) (Entered: 06/29/2021) |
| 06/29/2021 | 55 | | MOTION for Bill of Particulars by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 06/29/2021) |
| 06/30/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for video Motion Hearing held before Judge Royce C. Lamberth as to JACOB ANTHONY CHANSLEY on 6/30/2021. Oral arguments submitted on Defendant's Motion 40 for Release from Custody and Motion 43 to Reopen Detention Hearing. Motions taken under advisement; forthcoming Order. Bond Status of Defendant: remains committed. Court Reporter: Lisa Bankins. Defense Attorney: Albert Watkins; US Attorney: James Nelson (stand–in for Kimberly Louise Paschall); Pretrial Officer: Christine Schuck. (lsj) (Entered: 06/30/2021) |
| 07/06/2021 | 56 | | MEMORANDUM OPINION as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 7/6/2021. (lcrcl3) (Entered: 07/06/2021) |
| 07/06/2021 | 57 | | ORDER denying 40 Motion to Reopen Detention Hearing and for Release from Custody as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 7/6/2021. (lcrcl3) (Entered: 07/06/2021) |
| 07/06/2021 | 58 | | MOTION to Compel by JACOB ANTHONY CHANSLEY. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Watkins, Albert) (Entered: 07/06/2021) |
| 07/06/2021 | 59 | | Draft Transcript RE: Motions Hearing on 6/30/2021 by JACOB ANTHONY CHANSLEY. "Let this be filed" by Judge Royce C. Lamberth on 7/6/2021. (bb) (Entered: 07/06/2021) |
| 07/06/2021 | 60 | | STATUS REPORT by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 07/06/2021) |
| 07/12/2021 | 61 | | Consent MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Compel , 55 MOTION for Bill of Particulars , 54 MOTION to Dismiss Count *Two* by USA as to JACOB ANTHONY CHANSLEY. (Paschall, Kimberly) (Entered: 07/12/2021) |
| 07/12/2021 | 62 | | NOTICE *Regarding Discovery* by USA as to JACOB ANTHONY CHANSLEY (Attachments: # 1 Exhibit Discovery Request Examples)(Paschall, Kimberly) (Entered: 07/12/2021) |
| 07/13/2021 | 63 | | Memorandum in Opposition by USA as to JACOB ANTHONY CHANSLEY re 54 MOTION to Dismiss Count *Two* (Paschall, Kimberly) (Entered: 07/13/2021) |
| 07/13/2021 | 64 | | Memorandum in Opposition by USA as to JACOB ANTHONY CHANSLEY re 55 MOTION for Bill of Particulars (Paschall, Kimberly) (Entered: 07/13/2021) |
| 07/15/2021 | 66 | | MOTION for Leave to File *Motion Under Seal* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 07/15/2021) |
| 07/16/2021 | | | MINUTE ORDER granting 66 Motion for Leave to File Motion Under Seal as to JACOB ANTHONY CHANSLEY (1). Defendant's Sealed Motion 67 and the exhibits thereto shall remain SEALED. Signed by Judge Royce C. Lamberth on 7/16/2021. (lcrcl3) (Entered: 07/16/2021) |
| 09/02/2021 | | | MINUTE ORDER as to JACOB ANTHONY CHANSLEY: Plea Agreement Hearing set for 9/3/2021 at 11:00 AM (EST) before Judge Royce C. Lamberth. The hearing will proceed by videoconference for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the |

| | | | |
|---|---|---|---|
| | | | Court will provide public access to the Plea Agreement Hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in the Standing Order, available on the Court's website. Toll Free Number: 888–636–3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 09/02/2021. (lcrcl3) (Entered: 09/02/2021) |
| 09/03/2021 | | | Minute Entry for video Plea Agreement Hearing held before Judge Royce C. Lamberth as to JACOB ANTHONY CHANSLEY on 9/3/2021. The Court makes a finding that the Defendant is competent to stand trial, for reasons stated on the record. Defendant sworn and enters a Plea of Guilty as to Count 2 of the Indictment. The Court accepts the plea and the Defendant is found Guilty. Presentence investigation report ordered. Sentencing Memorandum due by 11/10/2021. Sentencing set for 11/17/2021 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Defendant's Sealed Motion 67 is taken under advisement; forthcoming order. Bond Status of Defendant: remains committed. Court Reporter: Nancy Meyer; Defense Attorney: Albert S. Watkins; US Attorney: Kimberly Louise Paschall. (lsj) (Entered: 09/03/2021) |
| 09/03/2021 | 69 | | PLEA AGREEMENT as to JACOB ANTHONY CHANSLEY. "Let this be filed. Royce C. Lamberth, U.S.D.J. on 9/3/21." (lsj) (Entered: 09/03/2021) |
| 09/03/2021 | 70 | | STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA by USA and JACOB ANTHONY CHANSLEY. "Let this be filed. Royce C. Lamberth, U.S.D.J. on 9/3/21." (lsj) (Entered: 09/03/2021) |
| 09/03/2021 | 71 | | WAIVER of Trial by Jury as to JACOB ANTHONY CHANSLEY. Approved by Judge Royce C. Lamberth on 9/3/2021. (lsj) (Entered: 09/03/2021) |
| 09/10/2021 | 73 | | NOTICE by JACOB ANTHONY CHANSLEY (Watkins, Albert) (Entered: 09/10/2021) |
| 09/10/2021 | 74 | | MEMORANDUM OPINION AND ORDER as to JACOB ANTHONY CHANSLEY denying Defendant's Motion 67 for Release. SEE MEMORANDUM OPINION AND ORDER FOR FULL DETAILS. Signed and unsealed by Judge Royce C. Lamberth on 9/10/21. (lsj) (Entered: 09/10/2021) |
| 09/17/2021 | 75 | | NOTICE of Discovery by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 09/17/2021) |
| 09/17/2021 | 76 | | NOTICE of Discovery by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 09/17/2021) |
| 10/25/2021 | 78 | | NOTICE of Discovery Status by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 10/25/2021) |
| 11/05/2021 | 79 | | NOTICE of Discovery Status by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 11/05/2021) |
| 11/09/2021 | 80 | | SENTENCING MEMORANDUM by JACOB ANTHONY CHANSLEY (Watkins, Albert) (Entered: 11/09/2021) |
| 11/09/2021 | 81 | | SENTENCING MEMORANDUM by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 11/09/2021) |
| 11/10/2021 | 84 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to File by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 11/10/2021) |
| 11/12/2021 | | | MINUTE ORDER granting 84 Motion for Leave to File as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 11/12/2021. (lcrcl3) (Entered: 11/12/2021) |
| 11/15/2021 | 86 | | NOTICE *of Video Sentencing Exhibits* by USA as to JACOB ANTHONY CHANSLEY (Paschall, Kimberly) (Entered: 11/15/2021) |
| 11/15/2021 | 87 | | MOTION for Leave to File *Under Seal* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 11/15/2021) |
| 11/15/2021 | | | MINUTE ORDER granting 87 Motion for Leave to File as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 11/15/2021. (lcrcl3) (Entered: 11/15/2021) |
| 11/16/2021 | | | NOTICE: The 11/17/2021 sentencing for JACOB ANTHONY CHANSLEY will be accessible via the public access telephone number available on the Court's website. Toll Free Number: 888–636–3807; Access Code: 6967853. The Court will also provide an overflow courtroom for in–person attendees in Courtroom 27a.(lcrcl3) (Entered: 11/16/2021) |
| 11/17/2021 | | | Minute Entry for Sentencing held before Judge Royce C. Lamberth on 11/17/2021 as to JACOB ANTHONY CHANSLEY. It is the judgment of the Court that the Defendant is hereby sentenced to the custody of the Bureau of Prisons for a term of 41 months with credit for time served, as to Count 2 of the Indictment. The Defendant is further sentenced to serve a 36 month term of supervised release. The Defendant is ordered to pay a $100 special assessment. The Government's oral motion to dismiss the remaining counts (1 and 3–6) of the Indictment is GRANTED. Bond Status of Defendant: remains committed. Court Reporter: Sara Wick; Defense Attorney: Albert S. Watkins; US Attorney: Kimberly Louise Paschall; Prob Officer: Crystal Lustig. (lsj) (Entered: 11/17/2021) |
| 11/17/2021 | 92 | | JUDGMENT as to JACOB ANTHONY CHANSLEY. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 11/17/2021. (bb) (Entered: 11/18/2021) |
| 11/17/2021 | 93 | | STATEMENT OF REASONS as to JACOB ANTHONY CHANSLEY re 92 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 11/17/2021. (bb) (Entered: 11/18/2021) |
| 11/22/2021 | 94 | | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for JACOB ANTHONY CHANSLEY (Pierce, John) (Entered: 11/22/2021) |
| 11/24/2021 | 95 | | MOTION for Leave to File *Under Seal* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 11/24/2021) |
| 11/24/2021 | | | MINUTE ORDER granting 95 Motion for Leave to File as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 11/24/2021. (lcrcl3) (Entered: 11/24/2021) |
| 11/24/2021 | 97 | | MOTION for Leave to File *Under Seal* by JACOB ANTHONY CHANSLEY. (Watkins, Albert) (Entered: 11/24/2021) |

| | | | |
|---|---|---|---|
| 11/24/2021 | | | MINUTE ORDER granting 97 Motion for Leave to File as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 11/24/2021. (lcrcl3) (Entered: 11/24/2021) |
| 11/24/2021 | 100 | | ORDER as to JACOB ANTHONY CHANSLEY: Status Conference set for 11/29/2021 at 02:00 PM. A courtroom will be determined at a later date. Signed by Judge Royce C. Lamberth on 11/24/2021. (lcrcl3) (Entered: 11/24/2021) |
| 11/26/2021 | 101 | | MOTION for Leave to Appear Pro Hac Vice William L. Shipley Filing fee $ 100, receipt number ADCDC–8890581. Fee Status: Fee Paid. by JACOB ANTHONY CHANSLEY. (Pierce, John) (Entered: 11/26/2021) |
| 11/26/2021 | 102 | | MOTION TO ALLOW THE DEFENDANT'S COUNSEL TO PARTICIPATE VIA ZOOM re 100 Order, Set Hearings by JACOB ANTHONY CHANSLEY. (Pierce, John) (Entered: 11/26/2021) |
| 11/27/2021 | | | MINUTE ORDER: Defense counsel's 102 Motion to Appear by VTC is GRANTED. Signed by Judge Royce C. Lamberth on 11/27/2021. (lcrcl3) (Entered: 11/27/2021) |
| 11/29/2021 | | | NOTICE OF COURTROOM CHANGE: Status Conference set for 11/29/2021 at 02:00 PM in Courtroom 16 before Judge Royce C. Lamberth. (lcrcl3) (Entered: 11/29/2021) |
| 11/29/2021 | | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Status Conference as to JACOB ANTHONY CHANSLEY held on 11/29/2021. Oral Motion by Albert S. Watkins to withdraw as counsel as to JACOB ANTHONY CHANSLEY was heard and GRANTED. Bond Status of Defendant: remains committed; Court Reporter: Elizabeth Saint–Loth; Defense Attorneys: Albert S. Watkins, John M. Pierce, and William L. Shipley; US Attorney: Kimberly Louise Paschall. (zjd) (Entered: 11/29/2021) |
| 11/29/2021 | 104 | | ORDER as to JACOB ANTHONY CHANSLEY re 101 Motion for Leave to Appear Pro Hac Vice. Defendant is ordered to supplement the motion with additional information. Signed by Judge Royce C. Lamberth on 11/29/2021. (lcrcl3) (Entered: 11/29/2021) |
| 11/30/2021 | 105 | | ENTERED IN ERROR.....NOTICE *of Appeal* by JACOB ANTHONY CHANSLEY (Pierce, John) Modified on 11/30/2021 (bb). (Entered: 11/30/2021) |
| 11/30/2021 | | | MINUTE ORDER granting 103 Sealed Motion for Leave to File Document Under Seal as to JACOB ANTHONY CHANSLEY. Signed by Judge Royce C. Lamberth on 11/30/2021. (lcrcl3) (Entered: 11/30/2021) |
| 11/30/2021 | | | MINUTE ORDER granting 99 Sealed Motion for Leave to File Document Under Seal as to JACOB ANTHONY CHANSLEY (1). Signed by Judge Royce C. Lamberth on 11/30/2021. (lcrcl3) (Entered: 11/30/2021) |
| 11/30/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to JACOB ANTHONY CHANSLEY re 105 Notice (Other) was entered in error and counsel was instructed to refile said pleading. This document was filed using the wrong event. Please refile using the event Notice of Appeal–Final Judgment. (bb) (Entered: 11/30/2021) |

| 11/30/2021 | 108 | | NOTICE OF APPEAL – Final Judgment by JACOB ANTHONY CHANSLEY re 92 Judgment. Filing fee $ 505, receipt number ADCDC−8897235. Fee Status: Fee Paid. Parties have been notified. (Pierce, John) (Entered: 11/30/2021) |

**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-003 (RCL)** |
| | ) | |
| **JACOB CHANSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Jacob Chansley, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence issued by the United States District Court for the District of Columbia.

Date: November 30, 2021                    Respectfully Submitted,

*John M. Pierce*

*John M. Pierce*
*355 S. Grand Avenue, 44th Floor*
*Los Angeles, CA 90071*
*Tel: (213) 400-0725*
*Email: jpierce@piercebainbridge.com*

*Attorney for Defendant Jacob Chansley*

1

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 30, 2021, I caused a copy of

the foregoing document to be served on all counsel through the Court's CM/ECF case filing

system.

$\underline{\textit{/s/ John M. Pierce}}$
*John M. Pierce*

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | |
| JACOB ANTHONY CHANSLEY | ) | Case Number:  21-CR-3 (RCL) |
| a/k/a Jacob Angeli | ) | |
| | ) | USM Number:  24866-509 |
| | ) | |
| | ) | Albert S Watkins |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   Two (2) of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1512(c)(2) | Obstruction of an Official Proceeding | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   One, Three through Six   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2021

Date of Imposition of Judgment

Signature of Judge

Honorable Royce C. Lamberth, U.S.D.C. Judge

Name and Title of Judge

11/17/21

Date

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

41 months with credit for time served.

☑ The court makes the following recommendations to the Bureau of Prisons:

   Placement at FCI Phoenix to be near family members.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:    JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:    21-CR-3 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

36 months (3 years)

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:  21-CR-3 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

DEFENDANT:   JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:   21-CR-3 (RCL)

## ADDITIONAL SUPERVISED RELEASE TERMS

You shall comply with the following special conditions:

1. Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

2 Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

3. Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $50 each month.

4. Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

5. Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

6. Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL

Pursuant to 18 USC § 3742, you have a right to appeal the sentence imposed by this Court if the period of imprisonment is longer than the statutory maximum or the sentence departs upward from the applicable Sentencing Guideline range. If you choose to appeal, you must file any appeal within 14 days after the Court enters judgment.

As defined in 28 USC § 2255, you also have the right to challenge the conviction entered or sentence imposed if new and currently unavailable information becomes available to you or, on a claim that you received ineffective assistance of counsel in entering a plea of guilty to the offense(s) of conviction or in connection with sentencing.

If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you.

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | $2,000.00 | | |
| Office of the Chief Financial Officer | | | |
| Attn: Kathy Sherrill, CPA | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

SEE PAGE 5 FOR PAYMENT DETAILS

| TOTALS | $  2,000.00 | $  0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ __100.00__ due immediately, balance due

        ☐ not later than _____ , or
        ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

        The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave, NW, Washington, DC 20001. Restitution payments shall be made to the Clerk of the Court and disbursed as noted on page 6. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | |
| JACOB ANTHONY CHANSLEY | ) | Case Number:  21-CR-3 (RCL) |
| a/k/a Jacob Angeli | ) | |
| | ) | USM Number:  24866-509 |
| | ) | |
| | ) | Albert S Watkins |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   Two (2) of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1512(c)(2) | Obstruction of an Official Proceeding | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   One, Three through Six   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2021

Date of Imposition of Judgment

Signature of Judge

Honorable Royce C. Lamberth, U.S.D.C. Judge

Name and Title of Judge

11/17/21

Date

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

41 months with credit for time served.

☑ The court makes the following recommendations to the Bureau of Prisons:

Placement at FCI Phoenix to be near family members.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:   JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:   21-CR-3 (RCL)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

   36 months (3 years)

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
       ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:  21-CR-3 (RCL) .

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature    _____    Date _____

DEFENDANT:   JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER:   21-CR-3 (RCL)

## ADDITIONAL SUPERVISED RELEASE TERMS

You shall comply with the following special conditions:

1. Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

2 Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

3. Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $50 each month.

4. Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

5. Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

6. Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL

Pursuant to 18 USC § 3742, you have a right to appeal the sentence imposed by this Court if the period of imprisonment is longer than the statutory maximum or the sentence departs upward from the applicable Sentencing Guideline range. If you choose to appeal, you must file any appeal within 14 days after the Court enters judgment.

As defined in 28 USC § 2255, you also have the right to challenge the conviction entered or sentence imposed if new and currently unavailable information becomes available to you or, on a claim that you received ineffective assistance of counsel in entering a plea of guilty to the offense(s) of conviction or in connection with sentencing.

If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you.

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | $2,000.00 | | |
| Office of the Chief Financial Officer | | | |
| Attn: Kathy Sherrill, CPA | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washingon, DC 20515 | | | |

SEE PAGE 5 FOR PAYMENT DETAILS

| **TOTALS** | $ | 2,000.00 | $ | 0.00 |
|---|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* *Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018*, Pub. L. No. 115-299.
\*\* *Justice for Victims of Trafficking Act of 2015*, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JACOB ANTHONY CHANSLEY a/k/a Jacob Angeli
CASE NUMBER: 21-CR-3 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑  Lump sum payment of $ ___100.00___ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑  Special instructions regarding the payment of criminal monetary penalties:

    The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave, NW, Washington, DC 20001. Restitution payments shall be made to the Clerk of the Court and disbursed as noted on page 6. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names                                 Joint and Several          Corresponding Payee,
*(including defendant number)*               Total Amount              Amount                  if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-018** |
| | : | |
| **JACOB ANTHONY CHANSLEY,** | : | **VIOLATIONS:** |
| **also known as "Jacob Angeli,"** | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| **Defendant.** | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(A)** |
| | : | **(Violent Entry and Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JACOB ANTHONY CHANSLEY**, also known as "Jacob Angeli," committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and

the civil disorder obstructed, delayed, or adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **JACOB ANTHONY CHANSELY**, also known as "Jacob Angeli," attempted to, and did corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by committing an act of civil disorder, and threatening Congressional officials, and unlawfully remaining in a restricted building without lawful authority, and engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding**, in violation of Title 18, United States Code, Section 1512(c)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **JACOB ANTHONY CHANSLEY**, also known as "Jacob Angeli," did unlawfully and knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **JACOB ANTHONY CHANSLEY**, also known as "Jacob Angeli," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in and within such proximity to, the United States Capitol, a restricted building, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, by forcing his way inside the United States Capitol and traversing

2

the United States Capitol Grounds in an effort to prevent the Electoral College votes from being certified.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **JACOB ANTHONY CHANSLEY**, also known as "Jacob Angeli," willfully and knowingly entered or remained on the floor of a House of Congress or in any cloakroom or lobby adjacent to that floor, without authorization to do so.

(**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(A))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **JACOB ANTHONY CHANSLEY**, also known as "Jacob Angeli," willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:


FOREPERSON.


*Michael Dhowin/JSL*

Attorney of the United States in
and for the District of Columbia.