UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JACOB ANTHONY CHANSLEY,

*Defendant.*

Case No. 1:21-cr-3-RCL

## ORDER

The time for either defendant or the government to file an objection having passed, it is hereby **ORDERED** that the Application [113] for Access to Video Exhibits is **GRANTED**.

The government is **ORDERED** to make the video materials referenced in the application available to the applicant within 72 hours in accordance with Standing Order No. 21-28.

It is further **ORDERED** that the applicant shall be permitted to record, copy, download, retransmit, and otherwise further publish these video materials.

**IT IS SO ORDERED.**

Date: 11-7-22

Royce C. Lamberth
United States District Judge

1