# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 21-cr-0003 (RCL) |
| ) | |
| **JACOB CHANSLEY,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

Comes now John N. Pierce, counsel of record for Defendant JACOB CHANSLEY, pursuant to Local Rule of Criminal Procedure 44.5(d), and moves this Honorable Court for an Order granting Defense Counsel Pierce leave to withdraw as counsel of record in this matter, and in support thereof, respectfully states that William Shipley currently and will continue to represent Defendant Jacob Chansley.

Date: April 29, 2023                    Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 29, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce