UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-003 (RCL) |
| v. : | |
| : | |
| JACOB CHANSLEY, : | |
| : | |
| Defendant. : | |

MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure of information protected by Federal Rule of Criminal Procedure 6(e). The United States requests permission to publicly reference portions of the grand jury transcript in this matter to adequately respond to the defendant's Motion to Vacate, Set Aside or Correct the Sentence. ECF No. 117.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

1