UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-003 (RCL) |
| v. : | |
| : | |
| JACOB CHANSLEY, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e), it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may publicly reference relevant portions of the grand jury materials to respond to defendant's Motion to Vacate, Set Aside or Correct the Sentence. ECF No. 117.

Date: _____

ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE