# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JACOB CHANSLEY,**<br><br>Defendant. | Case No. 21-CR-003 (RCL) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A REDACTED OPPOSITION TO DEFENSE MOTION PURSUANT TO 28 U.S.C. 2255 AND FILE AN UNREDACTED OPPOSITION UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests leave to file its unredacted Opposition Memorandum to Chansley's Motion to Vacate Under 28 U.S.C. 2255 under seal. Given that the government's response contains material covered by Federal Rule of Criminal Procedure 6(e), the sealing requested is necessary to ensure the privacy of this information. The government also requests to docket a redacted Opposition Memorandum, so the public may view the majority of the memorandum. Per email communication with defense counsel, they do not oppose this motion.

**WHEREFORE**, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant the motion to file under seal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/
KIMBERLY PASCHALL

Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.
Washington, DC 20530
202-252-2650
Kimberly.Paschall@usdoj.gov