UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-0003 (RCL) |
| ) | |
| **JACOB CHANSLEY** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Comes now defendant Jacob Chansley, by and through is counsel of record William L. Shipley, and respectfully requests this Honorable Court to extend the deadline to file its reply to government's opposition to Jacob Chansley Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct the Sentence until June 15, 2023.

On May 3, 2023, the Court ordered the government to respond to the motion by June 2, 2023. The government filed for an extension of time and filed its response on June 6, 2023.  *See* ECF No. 121, making Defendant's reply due June 13, 2023.

Undersigned has sought the Government's position and Government Counsel has indicated that it does not oppose an extension of time.

Therefore, Defendant Chansley requests this Honorable Court to grant an extension of time for filing the reply to the government's opposition until June 15, 2023.

Dated: June 13, 2023    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

Attorney for Defendant