UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB ANTHONY CHANSLEY,<br><br>*Defendant.* | Case No. 21-cr-3 (RCL) |

### ORDER

Defendant Jacob Anthony Chansley has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Def.'s Mot, ECF No. 117. For the reasons in the corresponding Memorandum Opinion issued this date, the Court hereby **ORDERS** that the motion be **DENIED**. It is further **ORDERED** that no certificate of appealability shall issue.

It is further **ORDERED** that the government's motion for an order to disclose materials protected by Federal Rule of Criminal Procedure 6(e), ECF No. 120, be **DENIED AS MOOT**.

It is **SO ORDERED**.

SIGNED this 20th day of July, 2023.

_____
Royce C. Lamberth
United States District Judge