UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 21-CR-3 (RCL) |
| § | |
| JACOB ANTHONY CHANSLEY, § | |
| AKA "JAKE ANGELI," § | |
| AKA "JACOB ANGELI," § | |
| § | |
| Defendant. § | |

**GOVERNMENT'S OPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby shows cause and moves for an extension of time to respond to Defendant's Motion for Return of Property.

**I.    Background**

1)    On January 11, 2021, Defendant was charged in a multicount indictment, including Obstruction of an Official Proceeding in violation of Title 18, United States Code, Section 1512(c)(2) ("Count Two").[1]

2)    On September 3, 2021, Defendant pleaded guilty to Count Two[2] and was sentenced to a 36-month term of supervised release on November 17, 2021.[3]

3)    On April 16, 2024, the Supreme Court heard oral arguments in *Fischer v. United States*, where the question is whether the U.S. Court of Appeals for the District of Columbia Circuit

---

[1] ECF No. 3.
[2] ECF No. 69.
[3] ECF No. 92.

1

erred in construing 18 U.S.C. § 1512(c), which prohibits obstruction of congressional inquiries and investigations, to include acts unrelated to investigations and evidence.[4]

4) On May 2, 2024, Defendant filed a motion for Return of Property pursuant to Rule 41(g).[5] The government inadvertently missed this filing and failed to respond.

5) On May 29, 2024, this Honorable Court ordered that the government show cause within 30 days as to why Defendant's motion should not be granted.[6]

## II. Extension Request

6) The United States anticipates that the Supreme Court may imminently release the *Fischer* decision. This decision could impact Defendant's count of conviction and may create a situation where evidence must be preserved and Defendant tried.

7) To seek legal clarity, protect constitutional rights, and conserve judicial resources, the government respectfully requests this Honorable Court to extend the response deadline to 14 days after the *Fischer* decision is released.

WHEREFORE, the government respectfully requests that government's opposed motion for an extension of time be granted for pending the resolution of *Fischer*. A proposed order is attached.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By: */s/ Rick Blaylock Jr.*

    RICK BLAYLOCK JR.
    Assistant United States Attorney

---

[4] *Fischer v. United States*, 144 S. Ct. 537, 217 L. Ed. 2d 285 (2023). *See* Supreme Court Docket at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/23-5572.html.
[5] ECF No. 130.
[6] ECF No. 131.

                                        Asset Forfeiture Coordinator
                                        Texas Bar Number 24103294
                                        United States Attorney's Office
                                        601 D Street NW
                                        Washington, D.C.  20530
                                        Telephone: 202-252-6765
                                        Email: rick.blaylock.jr@usdoj.gov