UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 21-CR-3 (RCL) |
| § | |
| JACOB ANTHONY CHANSLEY, § | |
| AKA "JAKE ANGELI," § | |
| AKA "JACOB ANGELI," § | |
| § | |
| Defendant. § | |

## ORDER

The United States of America's opposed motion to extend response deadline is hereby granted. The government shall file a response no later than 14 days from the publication of the *Fischer v United States* decision from the Supreme Court.

_____

HONORABLE ROYCE C. LAMBERTH

UNITED STATES DISTRICT COURT JUDGE

4