UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | No. 21-CR-3 (RCL) |
| JACOB ANTHONY CHANSLEY, AKA "JAKE ANGELI," AKA "JACOB ANGELI," | § § § § § | |
| Defendant. | § § | |

## ORDER

The United States of America's opposed motion to extend response deadline is hereby granted. The government shall file a response no later than 14 days from the publication of the *Fischer v United States* decision from the Supreme Court.

_____  6/27/24

HONORABLE ROYCE C. LAMBERTH

UNITED STATES DISTRICT COURT JUDGE